UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

HARRY B. GREENHOUSE,

Case No.: 21-_____-____

Chapter 11

_____Debtor._____/

## DECLARATION OF HARRY B. GREENHOUSE PURSUANT TO 11 U.S.C. § 1116(1)

**BEFORE ME**, the undersigned authority, personally appeared HARRY B. GREENHOUSE, individually, the above referenced Debtor in Possession, in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. Pursuant to 11 U.S.C. § 1116(1), I, Harry B. Greenhouse, declare following forms are not available: (i) balance sheet; (ii) statement of operations; nor (iii) cash flow statement.

**FURTHER AFFIANT SAYETH NAUGHT.**

By: _Harry B. Greenhouse_
Title: _Individual_

**SWORN TO AND SUBSCRIBED** before me by means of ☐ physical presence or ☐ online notarization, this 27 day of March 2021, by Harry Beck Greenhouse who is personally known to me or has produced: Passport as identification.

NATHALIE CRUZ
Commission # GG 984340
Expires May 4, 2024
Bonded Thru Budget Notary Services

NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: _Nathalie Cruz_
Commission No.: _GG984340_
My Commission Expires: _May 4, 2024_

**Agentis**

55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case upon this 29th day of March 2021.

>AGENTIS PLLC
>*Proposed Counsel for Debtor-in-Possesion*
>55 Alhambra Plaza, Suite 800
>Coral Gables, Florida 33134
>T. 305.722.2002
>www.agentislaw.com
>
>By:   */s/ Nicole Grimal Helmstetter*
>        Nicole Grimal Helmstetter
>        Florida Bar No: 86937
>        ngh@agentislaw.com