UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

HARRY B. GREENHOUSE,                           Case No.: 21-12844-AJC

_____Debtor._____/                   Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the above-captioned debtor-in-possession, Harry B. Greenhouse (the "Debtor"), by and through undersigned proposed counsel,[1] files this *Chapter 11 Case Management Summary* and states:

**The following data represents approximations for background information only and the information may represent the Debtor's best estimate as of the date herein.**

1. **Filing of petition:** On Friday, March 26, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code initiating the above captioned case.

2. **Related debtors:** None.

3. **Description of Debtor's business:** The Debtor is an individual operating his affairs as an independent entrepreneur, managing his various investments in online ventures and minority interests in business entities.

4. **Locations of debtor's operations and whether the business premises are leased or owned:** The Debtor is legally married to his wife of eight years, Olivia Sampaio Greenhouse (Non-Debtor Spouse"), however, a petition for dissolution of marriage was filed in

---

[1] The Debtor filed the *Debtor's Emergency Application for Approval, in an Interim and Final Basis, of Employment of Robert P. Charbonneau, Esq. and the Law Firm of Agentis PLLC as General Bankruptcy Counsel for the Debtor-In-Possession as of the Petition Date*. [ECF #9]



**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

the Miami Dade Circuit Court shortly before the commencement of this case. The Debtor and the Non-Debtor Spouse have two minor children. On the Petition Date, the Debtor and his family were residing at a leased single family home located at 1217 Andora Avenue, Coral Gables, Florida 33146 (the "Andora Property"). The Debtor's original lease agreement for the Andora Property expired on or around July of 2020. The Debtor and his family continued to occupy the Andora Property on a month to month basis, until the landlord required that the Debtor vacate the premises by April 1, 2021. The Non-Debtor Spouse has leased new residential premises to be occupied by the Non-Debtor Spouse and the minor children as of April 1, 2021. Prepetition, the Debtor executed a residential condominium lease agreement with the Life Time Living Community located at 235 S Dixie Highway #A1306, Coral Gables, Florida 33133, commencing on May 1, 2021. While the Debtor often works from home, he also operates out of a co-working/shared business space known as Büro located at 2980 McFarlane Road, Miami, FL 33133 (the "Business Premises"), subject to a month to month lease. The Debtor bears no relationship to any of his landlords, other than pursuant to their respective lease agreements.

5.   **Reasons for filing Chapter 11:** Pre-petition, the Debtor and his largest creditor, Polychain Fund I LP ("Polychain"), were involved in an arbitration proceeding in the Northern District of California, which resulted in an award of approximately $4.2 million in favor of Polychain and against the Debtor. The Debtor is unable to satisfy this award from his current income and assets, and requires the imposition of the automatic stay in order to negotiate a plan of reorganization.

6. **List of officers and directors, and their salaries and benefits at the time of filing and during the year prior to the filing:**

| Officer/Director | Annual Compensation | Benefits at Filing | Benefits for Prior Year |
|---|---|---|---|
| Not Applicable | | | |

7. **Debtor's fiscal or calendar year to date gross income and Debtor's gross income for the calendar or fiscal year prior to the filing of the petition:**

January 1, 2019 to year ending December 31, 2019: **$-131,337.00**[2]

January 1, 2020 to year ending December 31, 2020: **$1,394.334.00**[3]

January 1, 2021 to Petition Date: **$408,499.21**. [4]

8. **Amounts owed to various creditors:**

    a. Obligations owed to priority creditors, including priority tax obligations: approximately **$451,220.00.**[5]

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims **NONE.**

    c. Amount of undisputed general unsecured claims: approximately **$5,392,087.74.**

9. **General description and approximate value of the Debtor's assets:** Over the years, the Debtor acquired a number of minority interests in limited liability companies and joint ventures. The Debtor also maintains investments in certain non-fungible tokens ("NFT"), including digital basketball cards. Valuing the Debtor's interests in the joint ventures and limited liability companies presents a significant challenge because of the Debtor's minority interests in

---

[2] As per existing 2019 IRS Tax Return which shall be amended shortly.
[3] Based upon current 2020 Pro Forma Tax Return.
[4] Based upon unaudited financials through March 31, 2021.
[5] Estimated and potentially subject to set-off in light of pending IRS Tax Refunds. Monthly Domestic Support Obligations owed to Non-Debtor Spouse are current through the end of April 2021.



55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

these entities, in addition to the Debtor's several unfunded capital calls. The Debtor's investments in online NFTs are similarly difficult to value in light of their small market, highly volatile nature and susceptibility to manipulation by certain larger market makers. Accordingly, the value of the Debtor's assets are unknown at this time, however, are believed to be somewhere in the range of approximately $1,000,000 - $5,000,000.

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due, and date the policy expires**:

| Policy# | Type | Current/Past Due | Annual Premium Due | Expires |
|---|---|---|---|---|
|  | None |  |  |  |

11. **Number of employees, independent contractors, and amounts of wages owed as of petition date:** Not applicable, as Debtor is an individual.

12. **Status of Debtor's payroll and sales tax obligations:** Not applicable, as Debtor is an individual and not responsible for payroll tax obligations and is not responsible for collecting sales taxes.

13. **Anticipated emergency or expedited relief to be requested within 14 days of the Petition Date:**

    a. Application for Approval, on an Interim and Final Basis, of Employment of Robert P. Charbonneau, Esq. and the Law Firm of Agentis PLLC as General Bankruptcy Counsel for the Debtor-In-Possession as of the Petition Date [ECF# 9].

    b. Debtor's Emergency Motion for the Imposition of Procedures for and the Maintenance of Certain Existing Cash Management Systems

    c. Application for Approval, on an Interim and Final Basis, of Employment of Russell Fox, E.A. and Clayton Financial and Tax as Tax Professional for the Debtor-In-Possession as of the Petition Date.

4



Respectfully submitted:

*Harry B Greenhouse*

By: Harry B. Greenhouse

55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on this 31st day of March 2021.

        AGENTIS PLLC
*Proposed Counsel for Debtor-in-Possesion*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By:  */s/ Robert P. Charbonneau*
     Robert P. Charbonneau
     Florida Bar No: 968234
     rpc@agentislaw.com
     Nicole Grimal Helmstetter
     Florida Bar No: 869337
     ngh@agentislaw.com