**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
|      1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $            0.00 |
|      1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $     2,978,911.56 |
|      1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $     2,978,911.56 |

### Part 2:     Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>      2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            0.00 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>      3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $       451,220.00 |
|      3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     5,429,131.74 |
| **Your total liabilities** | $     5,880,351.74 |

### Part 3:     Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>      Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $        60,067.71 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>      Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $        49,007.89 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.   **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Harry Beck Greenhouse** _____   Case number *(if known)*   **21-12844-AJC**

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

HARRY GREENHOUSE,                                   Chapter 11 / Subchapter V

_____Debtor._____ /            Case No. 21-12844-AJC

**STATEMENTS OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

1.      The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "SOFA" and, together with the Schedules, the "Schedules & SOFA") filed by the above-styled Debtor, Harry Greenhouse (the "Debtor") have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

2.      These *Statements of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements* (the "General Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The General Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[1] In the event that the Schedules and Statements differ from any of the foregoing General Notes, the General Notes shall control.

3.      The Schedules and Statements do not purport to represent financial statements prepared in accordance with *Generally Accepted Accounting Principles* in the United States ("GAAP"), nor are they intended to be fully reconciled to the Debtor's financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

4.      On March 26, 2021 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code.

---

[1] These General Notes are in addition to the specific notes contained in the Debtor's Schedules and Statements. The fact that the Debtor has prepared a "Specific Note" with respect only to specific Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Specific Note to any of the Debtor's remaining Schedules and Statements, as appropriate.



5.      No examiner, statutory committee, or trustee has been appointed in this case and the Debtor is managing his affairs as a debtor in possession.

6.      In preparing Schedules and Statements, the Debtor relied on information available in real time upon such preparation. The Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate amendments to the Schedules and Statements. As a result, the Debtor is unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies and may be amended in the future.

7.      Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Subchapter V case, including, without limitation, any issues involving valuation, offsets or defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

8.      **Amendment(s)**.  Reasonable best efforts were made to prepare and file complete and accurate Schedules & SOFA; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement the Schedules & SOFA as is necessary or appropriate.

9.      **Basis of Presentation**.  The Schedules require the Debtor to report assets at current market values.  In instances where the Debtor had current valuations, the Schedules and SOFA reflect those values.  Prior to the Petition Date, Agentis, PLLC ("Agentis") the Debtor's pre-petition counsel, engaged the accounting firm of Petrucelli, Piotrkowski & Co., Inc. ("PP&C") to assist  in the valuation of the Debtor's  assets for this Subchapter V case.  The Debtor reported assets on a cost or fair market value basis, assuming an arms' length transaction contemporaneous with the Petition Date.  Where the Debtor has included a "specific note" pertaining to the value of a particular asset, said note should be construed to pertain solely to the referenced asset.  In addition, the amounts shown for total assets and liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate assets and liabilities may



differ materially from the amounts in the Schedules.  For these and other reasons, the Schedules and SOFA may not reconcile to the Debtor's books and records which he prepares on an income tax basis. Furthermore, these Schedules and SOFA do not purport to represent financial statements and do not necessarily reflect the amounts that would be set forth in financial statements prepared in accordance with GAAP.  The Debtor makes no representation of the value ultimately realizable from or the collectability of any assets presented herein.

10.     **Reservation of Rights:**  The Debtor reserves all rights to change, challenge, and dispute any designation, classification, amount, priority or existence of any claim listed in the Schedules & SOFA.  The Debtor further reserves the right to assert any defenses, or assert any offset to any claim listed in the Schedules & SOFA.  The Debtor expressly retains all rights to seek equitable or contractual subordination of any listed claim. Nothing contained in the Schedules & SOFA shall constitute an admission.  With respect to the valuation of assets listed on the Debtor's schedules, the Debtor asserts that the valuations provided, in consultation with PP&C, reflect the Debtor's best reasonable estimate of market value of those assets assuming a non-distressed arms' length transaction contemporaneous with the Petition Date.  Said values should not be construed as an admission of value for any other purpose, including, without limitation, a valuation to determine the extent of a secured creditor's claim pursuant to Section 506(a) of the Bankruptcy Code, adequate protection of a secured creditor's claim, or a determination of the best interest of creditors pursuant to Section 1129(a)(7) of the Bankruptcy Code.

11.     **Estimates**.  To obtain asset and liability balances as of the Petition Date, the Debtor made certain estimates and assumptions that affected the reported amounts of assets and liabilities. Actual results could differ from those estimates.

12.     **Causes of Action**.  Despite reasonable efforts to identify all known assets, the Debtor may not have set forth all actual or potential causes of action against third parties as assets in his Schedules & SOFA.  These causes of action include, but are not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover



**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

assets.  The Debtor reserves the right with respect to any claims, causes of action or avoidance actions it may have whether or not listed in the Schedules & SOFA.  Neither this General Note nor the Schedules & SOFA shall be deemed a waiver of any such claim, cause of action or avoidance action or in any way prejudice or impair the assertion of such claims.

13.    **Characterization**.    The Debtor has made every reasonable effort to correctly characterize, classify, categorize, and designate claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA.  However, the Debtor may not have properly characterized, classified, categorized, or designated certain items.  The Debtor thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

14.    **Claims Designations**.  Claims of creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records, and may not reflect credits or allowances that may be due from such creditors to the Debtors.  The Debtor reserve the rights to seek recovery of such credits or allowances.  Any failure to designate a claim on the Debtors' Schedules & SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute or object to any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

    a.  Schedule F:  The Debtor reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule F.

    b.  Schedule F:  The Debtor has listed Greenhouse USV Joint Venture 2019 as a claimant in a contingent and unliquidated amount based upon pre-petition capital calls.  The Debtor disputes that Greenhouse USV Joint Venture 2019 is an actual



claimant, and Greenhouse USV Joint Venture 2019 is listed on Schedule F purely for notice purposes.

15.    **Statements of Financial Affairs Disclaimers:**

a.    <u>Income</u>.  SOFA 1: The Debtor's 2020 year to date income is a preliminary unaudited figure.

b.    <u>Payments to Creditors and Insiders</u>.  SOFA 6 and 7: The Debtor has scheduled all known payments made during the 90 days prior to the Petition Date, to the extent provided by the Debtor. Additionally, payments made to certain of the Debtor's professionals are listed in SOFA. It is believed that all checks and transactions have been captured; however, some checks and transactions may have been omitted.  To the extent a check/payment is later discovered, the Debtor will file an amendment.  The reserves the right to amended and supplement this section as needed.

* * * END OF NOTES * * *
* FILING BEGINS ON THE FOLLOWING PAGE *

4/09/21  8:36PM

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| |
|---|
| **$0.00** |

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Standard Household Goods and Furnishings in Non-Filing Spouse's Residence See attached Appraisal B-6 | $8,870.00 |
|---|---|

Debtor 1    **Harry Beck Greenhouse**                                    Case number *(if known)*    **21-12844-AJC**

| Furniture for Debtor's Residential Rental (in possession of City Furniture)<br>See attached B-6.2 | $11,078.50 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

| Lot Baseball Sports Cards - Mostly 1980's & 1990's - Approx. 1,000 Cards<br>See B-6 Appraisal | $1,000.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

| Standard Men's Wardrobe of No Value Other Than to the Debtor. | $0.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes.  Describe.....

| 1 Dog | $0.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................    $20,948.50

**Part 4:**  Describe Your Financial Assets

4/09/21  8:36PM

| Debtor 1 | **Harry Beck Greenhouse** | Case number *(if known)* | **21-12844-AJC** |
|---|---|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes...................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Bank of America Acct# 6398 | $5,478.99 |
| 17.2. | Checking | JP Morgan Chase Acct# 4756 Joint with non-filing spouse Harry B. Greenhouse or Olivia Q. Sampaio Greenhouse | $95,479.27 |
| 17.3. | Checking | JP Morgan Chase Acct# 7200 | $1,250.13 |
| 17.4. | Paypal | PayPal Account harrygreenhouse@gmail.com nilsadines178@ebdproducts.com | $0.00 |
| 17.5. | Checking | Wells Fargo Acct #5647 Joint with non-filing spouse H. Greenhouse and O. Sampaio | $37,020.23 |
| 17.6. | Savings | JP Morgan Chase Acct# 6740 Minor son/ UTMI H. Greenhouse | $0.00 |
| 17.7. | Savings | JP Morgan Chase Acct# 5084 Minor daughter / UTMI H. Greenhouse | $0.00 |
| 17.8. | Savings | JP Morgan Chase Acct# 9126 Joint with non-filing spouse Harry B. Greenhouse or Olivia Q. Sampaio Greenhouse | $0.00 |
| 17.9. | Venmo | Venmo Account | $0.00 |
| 17.10. | Brokerage Account | Charles Schwab Acct# 3717 | $0.01 |
| 17.11. | Checking | Bank of America Acct #7804 H. Greenhouse and O. Sampaio Greenhouse Tenancy by the Entireties (Income Tax Escrow Account) | $115,811.70 |
| 17.12. | Checking | TIAA Acct# 3527 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

4/09/21  8:36PM

| Debtor 1 | **Harry Beck Greenhouse** | | Case number *(if known)* | **21-12844-AJC** |

| | 17.13. | **Other financial account** | **TIAA Portfolio Account # 1001 Euro and Acct# 1002 British Pound** | **$0.00** |
|---|---|---|---|---|
| | 17.14. | **Checking** | **Citibank Acct# 9141** | **$2,141.73** |
| | 17.15. | **Checking** | **Bank of America Acct# 3959 H. Greenhouse and O. Sampaio Greenhouse Tenancy by the Entireties** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **First Gear, LLC** | **2.32** | % | **$168,099.50** |
| **LiveWell, LLC** | **9.57** | % | **$73,202.22** |
| **RDP, LLC SPV** | **24.20** | % | **$158,047.69** |
| **Unchained Capital (Private Stock)** | **2** | % | **$50,000.00** |
| **Frontrange Biosciences (Private Stock)** | **1** | % | **$25,000.00** |
| **Swee10, Inc. d/b/a Sweeten** | **1** | % | **$34,069.13** |
| **Ticket Tag, LLC** | **100** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Vanguard Self Employment IRA Acct #9485** | **$410,199.44** |
| **IRA** | **Vanguard Roth IRA Acct #2847** | **$45,704.19** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | Harry Beck Greenhouse | | Case number *(if known)* | 21-12844-AJC |
|---|---|---|---|---|

| | IRA | Vanguard Traditional IRA Acct# 5242 | $16,696.80 |
|---|---|---|---|

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
■ Yes. .....................        Institution name or individual:

| Security Deposit on Rental Property | Security Deposit due to Harry Greenhouse and Olivia Sampaio from Landlord Samantha Rivero Osio for 1217 Andora Avenue Property. | $7,000.00 |
|---|---|---|
| Security Deposit on Rental Property | Security Deposit for Debtor's Residencial Rental with Landlord 251 S Dixie LLC | $1,000.00 |
| Advanced Payment Retainer | Balance of retainer held by Schoenberg Finkel Beederman Bell Glazer, LLC (SFBBG) Arbitration Counsel for Debtor in Polychain Fund I LP et. al. v. Harry Greenhouse, Case # 1100091630 JAMS Arbitration | $5,000.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
■ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| 529 Plan (Illinois Brightstart Under Harry B. Greenhouse) Federal Exemption 541(b)(6) | $189,988.17 |
|---|---|
| 529 Plan (NY State Under Harry Greenhouse) Federal Exemption 541(b)(6) | $14,755.20 |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
■ Yes.  Give specific information about them...

| Domain Name: www.cashtag.net | Unknown |
|---|---|
| Domain Name: www.cashtagvip.com | Unknown |

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

4/09/21 8:36PM

| Debtor 1 | Harry Beck Greenhouse | Case number *(if known)* | 21-12844-AJC |
|---|---|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Filed Form 8082 Notice of Inconsistent Treatment or Administrative Adjustment Request (AAR) for tax overpayment for 2017 Estimated $700,000.00 - $1,300,000.00 | Federal | Unknown |
| 2013 Tax Refund (Subject to set-off) | Federal | $87,457.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Health Savings Account Bank Acct #8744 | Harry B. Greenhouse | $2,857.89 |
| Health Savings Account TD Ameritrade Acct #1962 | HSA Bank as Custodian FBO Harry B Greenhouse | $15,842.62 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes. Describe each claim.........

| | |
|---|---|
| Potential legal and professional malpractice claim against Jenner and Block LLP | Unknown |

4/09/21  8:36PM

Debtor 1    **Harry Beck Greenhouse**                                      Case number *(if known)*    **21-12844-AJC**

|  | Potential accounting malpractice claim and/or breach of fiduciary duty claim against Cohen & Company | Unknown |
|---|---|---|
|  | Potential Qui Tam Action against Polychain Fund I LP and Polychain Partners LC F/K/A Polychain 2030 LLC for IRS Violations | Unknown |
|  | Potential Qui Tam Action against Polychain Fund I LP and Polychain Partners LC F/K/A Polychain 2030 LLC for SEC Violations | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ☐ No
   ■ Yes.  Give specific information..

|  | Bittrex Credits (Cryptocurrency) | $0.00 |
|---|---|---|
|  | Coinbase (Cryptocurrency) Balance: $0.00514 | $0.00 |
|  | Six (6) - Tennessee Titans Personal Seat Licenses (cost basis) | $9,000.00 |
|  | Milwaukee Bucks Season Tickets Deposit Refund | $5,949.60 |
|  | Las Vegas Aviators Season Tickets Deposit Refund | $800.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................    $1,577,851.51

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☐ Yes.  Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Harry Beck Greenhouse**                                  Case number *(if known)*  **21-12844-AJC**

| | |
|---|---|
| **1 Home Computer and Printer See B-6 Appraisal** | $400.00 |

| | |
|---|---|
| **1 2019 Desktop Computer**<br>**Location: 2980 McFarlane Road, Miami, Fl 33133** | $400.00 |

| | |
|---|---|
| **1 2017 MacBook Pro Laptop** | $250.00 |

| | |
|---|---|
| **Computer Monitors**<br>**Location: 2980 McFarlane Road, Miami, Fl 33133** | $350.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Non Fungible Tokens (NFT) issued by Dapper Labs and the NBA**<br>**and NBA Players Association.**<br>**Cost basis; small, illiquid market subject to extreme fluctuations in**<br>**price.** | $395,103.00 |

42. **Interests in partnerships or joint ventures**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Meta Stable Edge, LP** | .30 | % | $395,162.03 |
| **1313 Ventures** | 14.83 | % | $145,872.29 |
| **Greenhouse USV 2012 Joint Venture** | 25 | % | $86,859.09 |
| **Greenhouse USV 2014 Joint Venture** | 25 | % | $36,886.44 |
| **USV 2014 Opportunity Joint Venture** | 25 | % | $27,037.36 |
| **Greenhouse USV 2016 Joint Venture** | 28.50 | % | $22,011.31 |
| **Greenhouse USV 2019 Joint Venture** | 29.38 | % | $47,477.34 |
| **1Confirmation Fund 1 LP** | .52 | % | $197,106.69 |

Debtor 1    **Harry Beck Greenhouse**                                    Case number *(if known)*    **21-12844-AJC**

|  | | | |
|---|---|---|---|
| Playa-Meta Ventures 2017, LLC Managing<br>Member (bare legal title) | 0 | % | $0.00 |

**43.  Customer lists, mailing lists, or other compilations**

☐ No.

■ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ■ Yes.  Describe.....

| Digital Marketing Customer List Provided by Paysafe Group | $0.00 |
|---|---|

**44.  Any business-related property you did not already list**

☐ No

■ Yes. Give specific information.........

| JP Morgan Chase Checking Acct# 0979<br>Harry Greenhouse DBA 1313 Ventures (14.83% Interest) | $196.00 |
|---|---|

| Paypal Account Ticket Tag, LLC<br>tickettagllc@gmail.com | $0.00 |
|---|---|

**45.**  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................

$1,355,111.55

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| Non ownership, non titled interest in Sand Dune, LLC | $25,000.00 |
|---|---|

**54.  Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**

$25,000.00

4/09/21  8:36PM

Debtor 1    **Harry Beck Greenhouse**                                   Case number *(if known)*    **21-12844-AJC**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** .................................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**                                               **$0.00**

57.  **Part 3: Total personal and household items, line 15**                         **$20,948.50**

58.  **Part 4: Total financial assets, line 36**                                     **$1,577,851.51**

59.  **Part 5: Total business-related property, line 45**                           **$1,355,111.55**

60.  **Part 6: Total farm- and fishing-related property, line 52**                   **$0.00**

61.  **Part 7: Total other property not listed, line 54**              +             **$25,000.00**

62.  **Total personal property.** Add lines 56 through 61...    **$2,978,911.56**    Copy personal property total    **$2,978,911.56**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                    **$2,978,911.56**

# B-6



# APPRAISAL REPORT
## MARKET VALUE

## HARRY GREENHOUSE

Prepared For:
Jacqueline Calderin, Esquire

# STAMPLER
# AUCTIONS

| CLIENT | JACQUELINE CALDERIN, ESQUIRE<br>AGENTIS LAW |
|---|---|

| LOCATION OF ASSETS | HARRY GREENHOUSE<br>1217 ANDORE AVENUE<br>MIAMI FL 33146 |
|---|---|

| DATE OF ONSITE INSPECTION | 01.29.2021 |
|---|---|
| EVALUATION PERFORMED BY | ROBERT ALMODOVAR |

| DATES OF EVALUATION | 02.01.2021 & 02.08.2021 |
|---|---|
| EVALUATION PERFORMED BY | HARRY STAMPLER & ROBERT ALMODOVAR |

| DATE OF REVIEW | 02.12.2021 |
|---|---|
| REVIEW PERFORMED BY | HARRY STAMPLER |

| DATE OF APPRAISAL REPORT | 02.12.2021 |
|---|---|

**APPRAISER INFORMATION**
HARRY P. STAMPLER, INC. d/b/a STAMPLER AUCTIONS
P.O. BOX 2975 | OCALA FL 34478
954.921.8888 | info@stamplerauctions.com | www.stamplerauctions.com

| APPRAISED VALUE | MARKET VALUE |
|---|---|
| TOTAL PERSONAL PROPERTY | $8,870.00 |

## HARRY GREENHOUSE
### APPRAISED ON JANUARY 29, 2021 BY HARRY STAMPLER AND ROBERT ALMODOVAR

| ITEM | QTY | DESCRIPTION | Market Value |
|---|---|---|---|
| | | | |
| **ENTRY** | | | **475.00** |
| 1 | 2 | TEAK WOOD BENCHES (OUTSIDE) | 300.00 |
| 2 | 1 | MODERN HALL TABLE WITH 3 DRAWERS | 125.00 |
| 3 | 2 | FRAMED WALL MIRRORS | 50.00 |
| | | | |
| **OFFICE** | | | **1,645.00** |
| 4 | 1 | ALIENWARE COMPUTER WITH CORE i7 PROCESSOR & 2 MONITORS | 350.00 |
| 5 | 1 | MODERN WHITE DESK | 75.00 |
| 6 | 1 | EPSON XP-6000 PRINTER | 50.00 |
| 7 | 1 | HP LAPTOP | 100.00 |
| 8 | 1 | MODERN WHITE FILE CABINET WITH 3 DRAWERS | 50.00 |
| 9 | 1 | LOT BASEBALL SPORTS CARDS - MOSTLY 1980's & 1990's - APPROXIMATELY 1,000 CARDS | 1,000.00 |
| 10 | 1 | FLOOR LAMP WITH 4 LIGHTS | 20.00 |
| | | | |
| **LIVING ROOM** | | | **925.00** |
| 11 | 2 | MODERN GREY UPHOLSTERED SOFAS | 500.00 |
| 12 | 2 | WOOD FRAME ARM CHAIRS WITH GREY CUSHIONS | 150.00 |
| 13 | 1 | RATTAN END TABLE | 75.00 |
| 14 | 1 | MODERN COFFEE TABLE WITH GOLD COLOR TRIM | 150.00 |
| 15 | 1 | LOT ASSORTED DÉCOR, WALL DÉCOR, BOOKS, ARTIFICIAL PLANTS, ETC. | 50.00 |
| | | | |
| **DINING ROOM** | | | **0.00** |
| 16 | 1 | DINING TABLE WITH CHAIRS (OWNED BY LANDLORD) | 0.00 |
| 17 | 1 | LIGHT (OWNED BY LANDLORD) | 0.00 |
| | | | |
| **KITCHEN** | | | **350.00** |
| 18 | 1 | APPLIANCES (OWNED BY LANDLORD) | 0.00 |
| 19 | 1 | WOOD TABLE WITH BENCH & 4 CHAIRS | 250.00 |
| 20 | 1 | LOT ASSORTED SMALL APPLIANCES, POTS, PANS, DISHES, GLASSWARE, FLATWARE, ETC. | 100.00 |
| | | | |
| **LAUNDRY** | | | **20.00** |
| 21 | 1 | FRONT LOAD WASHER / DRYER (OWNED BY LANDLORD) | 0.00 |
| 22 | 2 | GREY FABRIC CHAIRS | 20.00 |
| | | | |
| **OUTSIDE** | | | **1,100.00** |
| 23 | 1 | TEAK WOOD PATIO SET - SOFA / LOVESEAT / 2 ARM CHAIRS / COFFEE TABLE / UMBRELLA | 600.00 |
| 24 | 2 | WHITE LOUNGE CHAIRS | 100.00 |
| 25 | 1 | TEAK WOOD DINING TABLE WITH WOOD & WHITE CHAIRS | 400.00 |

# HARRY GREENHOUSE
## APPRAISED ON JANUARY 29, 2021 BY HARRY STAMPLER AND ROBERT ALMODOVAR

| ITEM | QTY | DESCRIPTION | Market Value |
|------|-----|-------------|-------------|
| | | | |
| **GARAGE** | | | **600.00** |
| 26 | 4 | LARGE STORAGE CABINETS | 200.00 |
| 27 | 2 | ASSORTED REFRIGERATORS - 1- WHITE TOP/BOTTOM / 1- MINI FRIDGE | 300.00 |
| 28 | 1 | LOT ASSORTED HOUSEHOLD ITEMS, DÉCOR, SUPPLIES, ETC. | 100.00 |
| 29 | 1 | WASHER / DRYER (OWNED BY LANDLORD) | 0.00 |
| 30 | 1 | LOT CLOTHING, SHOES, ETC. (OWNED BY WIFE) | 0.00 |
| | | | |
| **FAMILY ROOM** | | | **575.00** |
| 31 | 1 | GREY UPHOLSTERED SOFA | 300.00 |
| 32 | 1 | ENTERTAINMENT CABINET WITH SHELF | 100.00 |
| 33 | 1 | LOT ASSORTED CHILDREN'S TOYS, GAMES, VIDEO GAMES, PLAYHOUSE, ETC. | 150.00 |
| 34 | 1 | SOUND BAR SPEAKER | 25.00 |
| 35 | 1 | TELEVISION (OWNED BY LANDLORD) | 0.00 |
| | | | |
| **MASTER BEDROOM** | | | **1,950.00** |
| 36 | 1 | GREY QUEEN SIZE BED WITH HEADBOARD | 500.00 |
| 37 | 1 | PADDED CHROME BASE BENCH | 100.00 |
| 38 | 1 | PELOTON EXERCISE BICYCLE | 1,000.00 |
| 39 | 1 | GREY WOOD DRESSER WITH 9 DRAWERS | 250.00 |
| 40 | 1 | LOT ASSORTED MEN'S CLOTHING, SHOES, ETC. | 100.00 |
| 41 | 1 | LOT LADIES CLOTHING, SHOES, ETC. (OWNED BY WIFE) | 0.00 |
| 42 | 1 | TELEVISION (OWNED BY LANDLORD) | 0.00 |
| 43 | 1 | BUILT-IN FURNITURE (PART OF REAL ESTATE) | 0.00 |
| | | | |
| **BEDROOM #2 (DAUGHTER)** | | | **550.00** |
| 44 | 1 | WHITE TWIN SIZE TRUNDLE BED | 300.00 |
| 45 | 1 | LOT ASSORTED DÉCOR, BOOKS, ETC. | 25.00 |
| 46 | 1 | WOOD DRESSER WITH 9 DRAWERS) | 175.00 |
| 47 | 1 | TABLETOP BLADELESS FAN | 50.00 |
| 48 | 1 | TELEVISION (OWNED BY LANDLORD) | 0.00 |
| 49 | 1 | BUILT-IN FURNITURE (PART OF REAL ESTATE) | 0.00 |
| | | | |
| **BEDROOM #3 (SON)** | | | **325.00** |
| 50 | 1 | GREY WOOD TWIN SIZE TRUNDLE BED | 300.00 |
| 51 | 1 | LOT ASSORTED DÉCOR, BOOKS, FRAMES, ETC. | 25.00 |
| 52 | 1 | TELEVISION (OWNED BY LANDLORD) | 0.00 |
| 53 | 1 | BUILT-IN FURNITURE (PART OF REAL ESTATE) | 0.00 |
| | | | |
| **BEDROOM #4 (GUEST)** | | | **300.00** |
| 54 | 1 | WHITE FULL SIZE BED WITH HEADBOARD | 300.00 |

## HARRY GREENHOUSE

### APPRAISED ON JANUARY 29, 2021 BY HARRY STAMPLER AND ROBERT ALMODOVAR

| ITEM | QTY | DESCRIPTION | Market Value |
|------|-----|-------------|--------------|
|  |  |  |  |
| 55 | 1 | TELEVISION (OWNED BY LANDLORD) | 0.00 |
| 56 | 1 | BUILT-IN FURNITURE (PART OF REAL ESTATE) | 0.00 |
|  |  |  |  |
| OPEN AREA |  |  | 55.00 |
| 57 | 2 | SWIVEL CHAIRS | 30.00 |
| 58 | 1 | LOT ASSORTED SUPPLIES, BOOKS, OFFICE SUPPLIES, ART SUPPLIES, ETC. | 25.00 |
|  |  |  |  |
|  |  | **TOTAL MARKET VALUE** | **8,870.00** |

# STANDARD TERMS AND LIMITING CONDITIONS

1.    A personal or virtual inspection of the property being appraised has been made.  The values expressed herein are based on the best judgments of the Appraiser and/or Review Appraiser, if applicable.

2.    Neither Harry P. Stampler, Inc., Stampler Auctions, nor any of its employees has any financial interest in the property being appraised.

3.    The fee and/or compensation for this Appraisal Report are not contingent upon the reported values.

4.    This Appraisal is based only on the readily apparent identity of the assets being appraised, unless otherwise stated herein.  No further opinion, guarantee, authentication, genuineness, attribution or authorship is made or intended.

5.    Unless otherwise stated herein, no consideration has been given to liens, encumbrances or fractional interests, which may be held against certain of or all of the assets being appraised or against the business as a whole.

6.    This is a valid appraisal as of the dates noted.  Said Report is based upon opinions derived from facts and data set forth in the Report and on analysis of the assets being appraised.  Any changes in the nature and condition of the assets subsequent to our inspection could change the results of this Report.  The values contained should not be considered as a guarantee of any sort.

7.    Without previous written consent, no portion of the Appraisal Report may be reproduced, copied or utilized by any party other than the party that the appraisal was prepared for.  Even then, the Report will only be valid if inclusive of all documents, letters, and supporting material originally supplied by the Appraiser.

8.    The Appraiser is not responsible for any unauthorized changes and only said Appraiser or Review Appraiser shall make changes to the Appraisal Report.

9.    This Appraisal Report is prepared for the parties named.  In no way does this indicate or certify title to or ownership of the assets being appraised.

10.    This Appraisal Report is prepared based on the comprehensive standards and requirements of the International Society of Appraisers (ISA) and the Uniform Standards of Professional Appraisal Practice (USPAP).

11.    A Review Appraiser, if applicable, will confirm the adequacy and appropriateness of the report being reviewed.

12.    Ordinary wear and tear common to the assets being appraised is not noted.  Any serious deficiencies and/or repairs obvious to the Appraiser will be included with the report.

13.    No responsibility is assumed for matters of a legal nature.  If additional services are requested of the Appraiser and/or Review Appraiser, in conjunction with this Report, (i.e.: Pretrial Conferences, Depositions, Court Appearances, Additional Research and Documentation, etc.) compensation for same shall be at the customary hourly rate charged by the Appraiser at that time.  A retainer will be required prior to said work and full and final settlement shall be made immediately upon receipt of a statement for such work.

## DEFINITIONS OF VALUES AND MARKETS

**A. VALUE DEFINITIONS**

1. **Replacement Value** is primarily an insurance term meaning the cost to replace an item with another having similar qualities within a reasonable amount of time in the relevant market place. Takes into consideration costs incurred by engaging an interior designer, shipping, and the costs associated with purchasing from a specific source.

    A. **Replacement cost (new)** is the current cost of similar new property having the nearest equivalent utility as the property being appraised, as of a specific date.

        ▪ Considerations of wear and tear, decay or defects within the property itself (functional obsolescence) and changes external to the property such as changes in style (economic obsolescence) are eliminated by this concept.

        ▪ This definition assumes that an exact substitute can be found for property being appraised or recognizes that the item is being upgraded to a newer model, style, etc.

        ▪ Replacement cost new is used primarily for items that are still being manufactured and/or are still available on the open market. Examples include general household contents such as lawn mowers, televisions, and sterling silver flatware in a pattern that is still being manufactured.

    B. **Replacement cost (comparable)** is the cost necessary to replace an item of personal property with a COMPARABLE item of like kind, age, quality, and utility having similar wear and tear, decay or defects, and obsolescence as the items being appraised.

2. **Reproduction cost** is the cost of reproducing a new replica of a property on the basis of current prices with the same or closely similar materials, as of a specific date.

3. **Actual cash value** is an insurance term defined in most states as replacement cost less depreciation. Depreciation, in this instance, typically refers to an incremental reduction in value based on age/life formulas commonly in use within the insurance industry. Actual cash value is usually established by the adjuster based on these depreciation standards and guidelines.

    A. Actual cash value is not applicable to scheduled items such as jewelry, furs, etc.

4. **Liquidation Values (Auction Values)**

    A. **Liquidation Value in Place** is an opinion of the gross amount, expressed in terms of money that typically could be realized from a properly advertised transaction, with the seller being compelled to sell, as of a specific date, for a failed, non-operating facility, assuming that the entire facility is sold intact.

### DEFINITIONS OF VALUES AND MARKETS (cont.)

    B. **Orderly Liquidation Value** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a liquidation sale, given a reasonable period of time to find a purchaser (or purchasers), with the seller being compelled to sell on an as-is, where-is basis, as of a specific date.

    C. **Forced Liquidation Value** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a properly advertised and conducted public auction, with the seller being compelled to sell with a sense of immediacy on an as-is, where-is basis, as of a specific date.

5. **Value in use** is the value of property taking into consideration the extent to which the property contributes to the needs of the owner, or to the success of a business.

6. **Net Value** represents the anticipated net proceeds that would be yielded from an orderly liquidation of property.  Net proceeds equal the gross proceeds less costs associated with the sale such as auctioneer's commission, hauling, advertising, taxes, etc.

7. **Fair Market Value** is the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of relevant facts.

The fair market value of a particular item of property includible in the decedent's gross estate is not to be determined by a force sale price.  Nor is the fair market value of an item of property to be determined by the sale price of the time in a market other than that in which such item is most commonly sold to the public, taking into account the location of the item wherever appropriate.  Thus, in the case of an item of property includible in the decedent's gross estate, which is generally obtained by the public in the retail market, the fair market value of such an item of property is the price at which the item or comparable item would be sold at retail.

(Source:  Treasury Regulations, Subchapter A, Section 1.170a-1 (2) & Subchapter B, Section 20.2031-1 b)

8. **Market value** is similar to FMV except that the lack of compulsion to buy or sell is removed (i.e. the sale will be consummated by a particular date) and the assumption of a sale within a specified time frame is added.

Caution:  In some jurisdictions **market value** and **auction value** are used interchangeably. The *Uniform Standards of Professional Appraisal Practice (USPAP)* defines market value as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as a specified date and the passing of title from seller to buyer under conditions whereby:

A. Buyer and seller are typically motivated,

B. Both parties are well informed or well advised, and acting in what they consider their best interests,

C. A reasonable time is allowed for exposure in the open market,

## DEFINITIONS OF VALUES AND MARKETS (cont.)

D. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto, [In foreign jurisdictions, the use of the local currency should be noted along with appropriate exchange rates used. -Ed.],

E. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

9. **Salvage value** is an opinion of the amount, expressed in terms of money that may be expected for the whole property or a component of the whole property that is retured from service for possible use elsewhere, as of a specific date.

10. **Scrap value** is an opinion of the amount, expressed in terms of money that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.

## B. MARKET DEFINITIONS

1. The purpose and function (assigned use) of an appraisal determines the most appropriate market to which the Appraiser must go to find comparable sales.  The most appropriate market will depend on what is being sold, the quantity being sold, the quality of the property being sold, and the urgency with which the property must be sold.

A. The **retail market** is the most common market in which items are sold at retail. Examples are antique shops, art galleries, department stores, discount stores, flea markets, estate tag sales, etc.

B. The **distress market** is the market in which property is sold within a limited time frame.

C. The **orderly liquidation market** is the market in which property is regularly sold in an orderly and advertised fashion but for which time constraints apply.  Examples are auction galleries, on-site auctions, and estate tag sales.

D. The **wholesale market** is the market in which wholesalers can sell to the trade and dealers can buy for resale to the public.

1 Markets may vary depending on:

A. Property condition

B. Property quantity

C. Property quality

D. Urgency to sell

E. Availability of financing

## CERTIFICATE OF APPRAISER

1. On January 29, 2021, Robert Almodovar and Anthony Tedaldi personally inspected the property appraised in Miami, Florida;

2. Harry Stampler evaluated the property based on the photograph(s), list(s), and/or notes taken on site and as provided;

3. The statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

4. To the best of our knowledge and belief, no pertinent information has been overlooked or withheld;

5. Stampler has no interest either present or contemplated in the property appraised or in any proceeds to be derived there from.

6. Compensation is not contingent upon any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

7. All analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practices



**HARRY P. STAMPLER, INC. d/b/a STAMPLER AUCTIONS**
**P.O. BOX 2975 | OCALA FL 34478**
**954.921.8888 | 800.330.BIDS | F 954.342.2080**
**info@stamplerauctions.com | www.stamplerauctions.com**
***"You'll Profit From Our Experience!"* ™**



**ENTRY**



**ENTRY**



**ENTRY**



**ENTRY**



**ENTRY**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**OFFICE**



**LIVING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**LIVING ROOM**



**DINING ROOM**



**DINING ROOM**



**DINING ROOM**



**DINING ROOM**



**KITCHEN**



**KITCHEN**



**KITCHEN**



**KITCHEN**



**KITCHEN**



**KITCHEN**



**LAUNDRY / BONUS ROOM**



**LAUNDRY / BONUS ROOM**



**LAUNDRY / BONUS ROOM**



**YARD**



**YARD**



**YARD**



**YARD**



**YARD**



**FAMILY ROOM**



**FAMILY ROOM**



**FAMILY ROOM**



**FAMILY ROOM**



**FAMILY ROOM**



**FAMILY ROOM**



**GARAGE**



**GARAGE**



**GARAGE**



**GARAGE**



**GARAGE**



**GARAGE**



**MASTER BEDROOM**



**MASTER BEDROOM**



**MASTER BEDROOM**



**MASTER BEDROOM**



**MASTER BEDROOM**



**MASTER BEDROOM**



**MASTER BEDROOM**



**BEDROOM #2**



**BEDROOM #2**



**BEDROOM #3**



**BEDROOM #3**



**BEDROOM #3**



**BEDROOM #4**



**BEDROOM #4**



**OPEN AREA / OFFICE 2**

# Schedule B-6.2

**Household goods and furnishings in possession of City Furniture, to be delivered on May 1, 2021.**

| QTY | SKU/SEQ | SZ | DESCRIPTION | UNIT | AMT |
|---|---|---|---|---|---|
| 1 | 128-143-2 | | EI MUNICH GOLD METAL ROUND END TABLE | 249.95 | 249.95 |
| 1 | 136-062-8 | | MH SEDONA GRAY DRESSER | 499.95 | 499.95 |
| 1 | 136-063-4 | | MH SEDONA GRAY OPEN NIGHTSTAND | 299.95 | 299.95 |
| 4 | 158-009-3 | | GA LISBON KHAKI SLING CHAIR | 99.95 | 399.80 |
| 1 | 158-009-5 | | GA LISBON KHAKI 36" SQUARE TABLE | 299.95 | 299.95 |
| 2 | 163-157-5 | | AF KIMONTE IVORY 24" UPH BARSTOOL | 100.00 | 200.00 |
| 1 | 198-704-6 | | JG GRAMERCY LIGHT TONE 70" TV STAND | 699.95 | 699.95 |
| 1 | 282-002-5 | | BS ROWAN BEIGE TABLE LAMP | 149.95 | 149.95 |
| 1 | 366-002-0 | F | IS RYDER GRAY PANEL HEADBOARD | 199.95 | 199.95 |
| 1 | 366-002-2 | F | IS RYDER GRAY FOOTBOARD & SLATS | 175.00 | 175.00 |
| 1 | 366-002-8 | TF | IS RYDER GRAY PANEL RAILS | 125.00 | 125.00 |
| 1 | 366-003-4 | | IS RYDER GRAY TRUNDLE | 300.00 | 300.00 |
| 1 | 366-003-8 | | IS RYDER GRAY DRESSER | 499.95 | 499.95 |
| 1 | 366-004-2 | | IS RYDER GRAY NIGHTSTAND | 199.95 | 199.95 |
| 1 | 366-008-8 | T | IS RYDER WHITE PANEL HEADBOARD | 149.95 | 149.95 |
| 1 | 366-009-0 | T | IS RYDER WHITE FOOTBOARD & SLATS | 125.00 | 125.00 |
| 1 | 366-009-2 | TF | IS RYDER WHITE PANEL RAILS | 125.00 | 125.00 |
| 1 | 366-009-8 | | IS RYDER WHITE TRUNDLE | 300.00 | 300.00 |
| 1 | 366-010-2 | | IS RYDER WHITE DRESSER | 499.95 | 499.95 |
| 1 | 366-010-6 | | IS RYDER WHITE NIGHTSTAND | 199.95 | 199.95 |
| 1 | 415-011-1 | F | SH KEVIN CHRLS BUNKY BOARDS | 80.00 | 80.00 |
| 1 | 415-011-2 | T | SH KEVIN CHRLS BUNKY BOARDS | 60.00 | 60.00 |
| 2 | 415-011-3 | TX | SH KEVIN CHRLS BUNKY BOARDS | 60.00 | 120.00 |
| 1 | 415-037-0 | K | SH RESORT INNERSPRNG MATTRESS | 649.95 | 649.95 |
| 1 | 415-037-4 | F | SH RESORT INNERSPRNG MATTRESS | 499.95 | 499.95 |
| 1 | 415-037-6 | T | SH RESORT INNERSPRNG MATTRESS | 439.95 | 439.95 |
| 1 | 470-789-6 | | KV ASHEVILLE BROWN FABRIC LEFT CHAISE | 499.95 | 499.95 |
| 1 | 470-790-2 | | KV ASHEVILLE BROWN FABRIC RIGHT LOVE | 599.95 | 599.95 |
| 1 | 514-019-6 | K | AT RYLEE BEIGE UPH PLATFORM HEADBOARD | 549.95 | 549.95 |
| 1 | 514-020-0 | K | AT RYLEE BEIGE PLATFORM STORAGE FOOTBOARD | 350.00 | 350.00 |
| 1 | 514-020-8 | KQ | AT RYLEE BEIGE UPH PLATFORM RAILS | 100.00 | 100.00 |
| 1 | 593-003-4 | | JE ORLEANS DK TAUPE VISCOSE 8X11 AREA RUG | 449.95 | 449.95 |
| 1 | 619-000-0 | | YG LONDON GLASS RECTANGULAR TBL TOP | 169.95 | 169.95 |
| 1 | 619-000-2 | | YG LONDON DARK TONE TABLE LEGS | 170.00 | 170.00 |
| 1 | 619-000-4 | | YG LONDON DARK TONE RECTANGULAR TBL BASE | 60.00 | 60.00 |
| 4 | 619-004-2 | | YG CAPRI IVORY UPH S/CHR W/GLD LEGS | 69.95 | 279.80 |
| 2 | 625-002-8 | T | AW MEMORY FOAM 8" MATTRESS | 149.95 | 299.90 |

**Total**                                                                                      **$11,078.50**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harry Beck Greenhouse** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **21-12844-AJC** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Standard Household Goods and Furnishings in Non-Filing Spouse's Residence** **See attached Appraisal B-6** Line from *Schedule A/B*: **6.1** | $8,870.00 | ■ $8,870.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Furniture for Debtor's Residential Rental (in possession of City Furniture)** **See attached B-6.2** Line from *Schedule A/B*: **6.2** | $11,078.50 | ■ $8,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Checking: JP Morgan Chase Acct# 4756** **Joint with non-filing spouse Harry B. Greenhouse or Olivia Q. Sampaio Greenhouse** Line from *Schedule A/B*: **17.2** | $95,479.27 | ■ $95,479.27 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: Wells Fargo Acct #5647** **Joint with non-filing spouse H. Greenhouse and O. Sampaio** Line from *Schedule A/B*: **17.5** | $37,020.23 | ■ $37,020.23 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

4/09/21  8:36PM

Debtor 1  **Harry Beck Greenhouse**                                          Case number (if known)  **21-12844-AJC**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: JP Morgan Chase Acct# 9126**<br>**Joint with non-filing spouse Harry B. Greenhouse or Olivia Q. Sampaio Greenhouse**<br>Line from *Schedule A/B*: **17.8** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: Bank of America Acct #7804**<br>**H. Greenhouse and O. Sampaio Greenhouse**<br>**Tenancy by the Entireties (Income Tax Escrow Account)**<br>Line from *Schedule A/B*: **17.11** | $115,811.70 | ■ $115,811.70<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: Bank of America Acct# 3959**<br>**H. Greenhouse and O. Sampaio Greenhouse**<br>**Tenancy by the Entireties**<br>Line from *Schedule A/B*: **17.15** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **IRA: Vanguard Self Employment IRA Acct #9485**<br>Line from *Schedule A/B*: **21.1** | $410,199.44 | ■ $410,199.44<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **IRA: Vanguard Roth IRA Acct #2847**<br>Line from *Schedule A/B*: **21.2** | $45,704.19 | ■ $45,704.19<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **IRA: Vanguard Traditional IRA Acct# 5242**<br>Line from *Schedule A/B*: **21.3** | $16,696.80 | ■ $16,696.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Security Deposit on Rental Property: Security Deposit due to Harry Greenhouse and Olivia Sampaio from Landlord Samantha Rivero Osio for 1217 Andora Avenue Property.**<br>Line from *Schedule A/B*: **22.1** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **529 Plan (Illinois Brightstart Under Harry B. Greenhouse)**<br>**Federal Exemption 541(b)(6)**<br>Line from *Schedule A/B*: **24.1** | $189,988.17 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 541(b)(6)** |
| **529 Plan (NY State Under Harry Greenhouse)**<br>**Federal Exemption 541(b)(6)**<br>Line from *Schedule A/B*: **24.2** | $14,755.20 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 541(b)(6)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Harry Beck Greenhouse** | | Case number (if known) | **21-12844-AJC** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Federal: Filed Form 8082 Notice of Inconsistent Treatment or Administrative Adjustment Request (AAR) for tax overpayment for 2017 Estimated $700,000.00 - $1,300,000.00**<br>Line from *Schedule A/B*: **28.1** | **Unknown** | ■ **Unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Federal: 2013 Tax Refund (Subject to set-off)**<br>Line from *Schedule A/B*: **28.2** | **$87,457.00** | ■ **$87,457.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Health Savings Account Bank Acct #8744 Beneficiary: Harry B. Greenhouse**<br>Line from *Schedule A/B*: **31.1** | **$2,857.89** | ■ **$2,857.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22 (West)** |
| **Health Savings Account TD Ameritrade Acct #1962 Beneficiary: HSA Bank as Custodian FBO Harry B Greenhouse**<br>Line from *Schedule A/B*: **31.2** | **$15,842.62** | ■ **$15,842.62**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22 (West)** |
| **1 Home Computer and Printer See B-6 Appraisal**<br>Line from *Schedule A/B*: **39.1** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| **1 2019 Desktop Computer Location: 2980 McFarlane Road, Miami, Fl 33133**<br>Line from *Schedule A/B*: **39.2** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| **1 2017 MacBook Pro Laptop**<br>Line from *Schedule A/B*: **39.3** | **$250.00** | ■ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| **Computer Monitors Location: 2980 McFarlane Road, Miami, Fl 33133**<br>Line from *Schedule A/B*: **39.4** | **$350.00** | ■ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space
is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case
number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **21-12844-AJC** |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | **$26,595.00** | **$0.00** | **$26,595.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 21126**
**Philadelphia, PA 19114**
Number Street City State Zip Code

When was the debt incurred?        2019

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

■ At least one of the debtors and another     **Type of PRIORITY unsecured claim:**

■ Check if this claim is for a  community debt    ☐ Domestic support obligations

**Is the claim subject to offset?**           ■ Taxes and certain other debts you owe the government

☐ No                                          ☐ Claims for death or personal injury while you were intoxicated

■ Yes                                         ☐ Other. Specify

**2019 Tax Liability (married filing jointly)**

Debtor 1   **Harry Beck Greenhouse**                                    Case number (if known)   **21-12844-AJC**

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $424,625.00 | $0.00 | $424,625.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 21126**
**Philadelphia, PA 19114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
■ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Projected 2020 Tax Liability (married filing jointly)**

---

| 2.3 | **Olivia Q. Sampaio Greenhouse** | Last 4 digits of account number | | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**3030 SW 21 Street**
**Miami, FL 33145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Domestic Support Obligations/ Equitable Distribution**

---

| **Part 2:**   List All of Your NONPRIORITY Unsecured Claims |
|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Harry Beck Greenhouse**

Case number (if known)  **21-12844-AJC**

---

| 4.1 | **American Express** | Last 4 digits of account number | **1004** | $847.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **04/16/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases.**

---

| 4.2 | **American Express (Business Platinum)** | Last 4 digits of account number | **3005** | $13,283.59 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 650448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **11/1/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases.**

---

| 4.3 | **Barclays Bank Delaware** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 8803**
**Wilmington, DE 19899**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purposes Only.**

---

4/09/21 8:36PM

Debtor 1  **Harry Beck Greenhouse**                                    Case number (if known)  **21-12844-AJC**

| 4.4 | **Chase Credit Card** | Last 4 digits of account number | **1939** | **$10,361.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 15369**
**Wilmington, DE 19850**

When was the debt incurred?
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases.**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.5 | **Citicards CBNA** | Last 4 digits of account number | | **$41.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 6217**
**Sioux Falls, SD 57117**

When was the debt incurred?   **11/1/2020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases/Authorized User**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 | **Greenhouse USV Joint Venture 2019** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2305 North Commonwealth Avenue**
**Chicago, IL 60614**

When was the debt incurred?
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unfunded Investor Capital Call**

**Is the claim subject to offset?**

■ No
☐ Yes

---

4/09/21 8:36PM

Debtor 1 **Harry Beck Greenhouse**                                    Case number (if known)    **21-12844-AJC**

| 4.7 | **JAMS Arbitrations** | Last 4 digits of account number | | **$12,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ADR Services**
**2 Embarcadero Center Suite 1500**
**San Francisco, CA 94111**

When was the debt incurred?    **11/2/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Arbitration Services**

---

| 4.8 | **Jenner and Block LLP** | Last 4 digits of account number | | **$437,753.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**353 North Clark Street**
**Chicago, IL 60654-3456**

When was the debt incurred?    **2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
■ Yes

■ Other. Specify    **Legal fees and expenses**

---

| 4.9 | **JP Morgan Chase Bank** | Last 4 digits of account number | | **$783.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 15369**
**Wilmington, DE 19850**

When was the debt incurred?    **11/1/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Credit Card Purchases, Account Charged Off.**

---

Debtor 1  **Harry Beck Greenhouse**                                  Case number (if known)   **21-12844-AJC**

| | | |
|---|---|---|
| 4.1 0 | **JP Morgan Chase Bank** | $712.88 |

Last 4 digits of account number   **5968**

Nonpriority Creditor's Name
**PO BOX 15369**
**Wilmington, DE 19850**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify   **Negative Bank Balance TicketTag, LLC**
                   **JP Morgan Chase Acct# 5968**

---

| | | |
|---|---|---|
| 4.1 1 | **Kabbage Payments LLC** | $20,991.08 |

Last 4 digits of account number   **5672**

Nonpriority Creditor's Name
**730 Peachtree St NE #1100**
**Atlanta, GA 30308**

When was the debt incurred?   **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify   **PPP Loan**

---

| | | |
|---|---|---|
| 4.1 2 | **Lewis & Associates, CPAs, LLC** | $30,760.00 |

Last 4 digits of account number

Nonpriority Creditor's Name
**528 East Willow Springs Lane**
**Draper, UT 84020**

When was the debt incurred?   **09/2020 - 10/2/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify   **Expert Witness Fees**

---

Debtor 1  **Harry Beck Greenhouse**                                    Case number (if known)    **21-12844-AJC**

| 4.1 3 | **Loeb & Loeb, LLP** | Last 4 digits of account number | _____ | $215,712.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10100 Santa Monica Boulevard,
Suite 2200
Los Angeles, CA 90067**

When was the debt incurred?    **2019-2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- □ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Expert Witness Fees**

| 4.1 4 | **Magna Legal Services** | Last 4 digits of account number | 9372 | $83,966.33 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103**

When was the debt incurred?    **05 - 11/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- □ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal Transcription**

| 4.1 5 | **Michelman & Robinson, LLP** | Last 4 digits of account number | 0002 | $269,552.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10880 Wilshire Boulevard, 19th
Floor
Los Angeles, CA 90024**

When was the debt incurred?    **09/2020 - 11/30/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- □ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal fees and expenses.**

Debtor 1  **Harry Beck Greenhouse**

Case number (if known)    **21-12844-AJC**

---

| 4.1 6 | **Olivia Q. Sampaio Greenhouse** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**3030 SW 21 Street**
**Miami, FL 33145**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify **Equitable Distribution Claim subject to Family Court**

---

| 4.1 7 | **Paragon Contracting** | Last 4 digits of account number | **9413** | **$458.04** |

Nonpriority Creditor's Name
**1309 N Flagler Dr**
**Fort Lauderdale, FL 33304**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify **Unpaid Medical Bills.**

---

| 4.1 8 | **Polychain Fund I LP Polychain PartnersLC** | Last 4 digits of account number | **$4,173,141.25** |

Nonpriority Creditor's Name
**F/K/A Polychain 2030, LLC**
**Braunhagey & Borden,LLP**
**351 California St., 10th Floor**
**San Francisco, CA 94104**

When was the debt incurred?    **01/08/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ No

□ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify **Arbitration Award**

---

4/09/21 8:36PM

Debtor 1    **Harry Beck Greenhouse**                                    Case number (if known)    **21-12844-AJC**

---

| 4.19 | **Raymond Cahnman** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**1937 North Howe Street**
**Chicago, IL 60614**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

| 4.20 | **S4K Entertainment** | Last 4 digits of account number | | **$50,805.00** |

Nonpriority Creditor's Name
**362 5th Ave**
**New York, NY 10001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Consignment Debt**

---

| 4.21 | **TSG Reporting, Inc.** | Last 4 digits of account number | | **$7,963.50** |

Nonpriority Creditor's Name
**747 3rd Ave Rm 2800**
**New York, NY 10017-2832**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **04/2020-05/28/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Court Transcription**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                          On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **Harry Beck Greenhouse**                                                Case number *(if known)*    **21-12844-AJC**

**Magna Legal Services**                          Line **4.14** of *(Check one):*
**P.O. Box 822804**                               ☐ Part 1: Creditors with Priority Unsecured Claims
**Philadelphia, PA 19182-2804**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

                                                  Last 4 digits of account number

Name and Address                                  On which entry in Part 1 or Part 2 did you list the original creditor?
**Polychain Fund I LP Polychain**                 Line **4.18** of *(Check one):*
**PartnersLC**                                    ☐ Part 1: Creditors with Priority Unsecured Claims
**BraughnHagey & Borden LLP**                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
**7 Times Square, 27th Floor**
**New York, NY 10036-6524**

                                                  Last 4 digits of account number

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 451,220.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 451,220.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,429,131.74 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 5,429,131.74 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **251 S Dixie LLC**<br>**LT (Florida) Property Management Company**<br>**Attn: Sarah Kohler**<br>**2902 Corporate Place**<br>**Chanhassen, MN 55317** | **Lease agreement for residential rental at Life Time Living Community located at 235 S Dixie Highway, #A1306, Coral Gables, FL 33133**<br>**May 1, 2021 - April 23, 2022** |
| 2.2 | **Buro Miami**<br>**2980 MacFarlane Road**<br>**Coconut Grove, FL 33146** | **Month to month lease for office space located at 2980 McFarlane Road, Miami, FL 33133** |
| 2.3 | **Samantha Rivero**<br>**2475 Brickell Avenue**<br>**Suite 1810**<br>**Miami, FL 33129** | **Month to month lease for residence at 1217 Andora Avenue, Miami, Florida 33146** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?    **Texas**    . Fill in the name and current address of that person.

        **Olivia Q Sampaio Greenhouse**
        **3030 SW 21 Street**
        **Miami, FL 33145**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

        In which community state or territory did you live?    **California**    . Fill in the name and current address of that person.

        **Olivia Q Sampaio Greenhouse**
        **3030 SW 21 Street**
        **Miami, FL 33145**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1   **Olivia Q. Sampaio Greenhouse**
      **3030 SW 21 Street**
      **Miami, FL 33145**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.1**__
☐ Schedule G _____
**Internal Revenue Service**

Debtor 1    **Harry Beck Greenhouse**

Case number *(if known)*    **21-12844-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.2    **Olivia Q. Sampaio Greenhouse**<br>**3030 SW 21 Street**<br>**Miami, FL 33145** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**Internal Revenue Service** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **21-12844-AJC** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | **Entrepreneur** | |
| Employer's name | | **Self Employed** | |
| Employer's address | | **2980 McFarlane Road**<br>**Miami, FL 33133** | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $      **60,067.71** | $      **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$      **0.00** | +$      **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $      **60,067.71** | $      **0.00** |

Debtor 1  **Harry Beck Greenhouse**                                    Case number (*if known*)  **21-12844-AJC**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................ | 4. | $ **60,067.71** | $ **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **0.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **60,067.71** | $ **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **60,067.71** + | $ **0.00** = | $ **60,067.71** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                          12. $ **60,067.71**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Potential liquidity events in investments (distributions are irregular).  Additionally, commissions are likely decreasing over time.**

Fill in this information to identify your case:

Debtor 1          **Harry Beck Greenhouse**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    **21-12844-AJC**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No |
| **Daughter** | **4** | ■ Yes |
| | | ☐ No |
| **Son** | **7** | ■ Yes |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 7,000.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 43.92 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 600.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **Harry Beck Greenhouse** | Case number (if known) | **21-12844-AJC** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 501.82 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 187.10 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 262.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 3,920.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 10,302.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 1,000.00 |
| 10. | **Personal care products and services** | | 10. $ | 1,035.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 2,580.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 775.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 4,050.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 148.00 |
| | 15b. | Health insurance | 15b. $ | 1,973.00 |
| | 15c. | Vehicle insurance | 15c. $ | 258.67 |
| | 15d. | Other insurance. Specify: **Dental Insurance** | 15d. $ | 138.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,446.68 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: **Vehicle Maintenance** | 17c. $ | 185.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 11,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Pet Expenses Inluding Insurance** | | 21. +$ | 501.70 |
| | **Housekeeper** | | +$ | 1,100.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 49,007.89 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 49,007.89 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 60,067.71 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 49,007.89 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 11,059.82 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **On the Petition Date, the Debtor was residing at 1217 Andora Avenue, Coral Gables, Florida 33146 with his family and therefore expenses reflected are joint in nature. As of May 1, 2021, Debtor will be residing alone and expenses will be modified accordingly.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **21-12844-AJC** |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| | **Sign Below** |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Harry Beck Greenhouse** | X |
|---|---|
| **Harry Beck Greenhouse** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **April  9, 2021** | Date |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Beck Greenhouse** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-12844-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1217 Andora Avenue Miami, FL 33146** | From-To: **7/1/2019 - Present** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **1313 Brian's Meadow Cove Austin, TX 78746** | From-To: **08/28/2018 - 6/30/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **13069 South Kiyot Way Playa Vista, CA 90094** | From-To: **03/2018 - 08/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Harry Beck Greenhouse | Case number (if known) | 21-12844-AJC |

---

## Part 2  Explain the Sources of Your Income

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$408,499.21** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$800,415.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$-246,655.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | **Interest** | **$59.00** | | |
| | **Dividends** | **$120.00** | | |
| | **Capital Gains** | **$470,074.00** | | |
| | **Qual.State Tuition Program** | **$29,166.00** | | |
| | **CARES ACT IRA Distribution** | **$94,500.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | **Interest** | **$11,376.00** | | |

Debtor 1    **Harry Beck Greenhouse**                                    Case number *(if known)*   **21-12844-AJC**

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| **Dividends** | $125.00 | | |
| **Capital Gains** | $333,703.00 | | |
| **Net Operating Losses** | $-232,849.00 | | |
| **K-1s** | $4,967.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐  No.    Go to line 7.

☑  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.    Go to line 7.

☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **See attached Composite SOFA 6** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐  No

☑  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Raymond Cahnman 1937 North Howe Street Chicago, IL 60614** | 4/6/2020 | $75,000.00 | $100,000.00 | **Personal Loan** |

4/09/21  8:36PM

| Debtor 1 | Harry Beck Greenhouse | Case number (if known) | 21-12844-AJC |
|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---
**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**
---

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| POLYCHAIN FUND I LP and POLYCHAIN PARTNERS LLC f/k/a POLYCHAIN 2030 LLC and HARRY GREENHOUSE<br>CPF 21517357 | Breach of contract | Superior Court of California San Fran.<br>400 McAllister Street<br>San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| POLYCHAIN FUND I LP and POLYCHAIN PARTNERS LLC f/k/a POLYCHAIN 2030 LLC and HARRY GREENHOUSE<br>1100091630 | Arbitration on breach of contract | JAMS Arbitration<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94911 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| POLYCHAIN FUND I LP and POLYCHAIN PARTNERS LLC f/k/a POLYCHAIN 2030 LLC and HARRY GREENHOUSE<br>3:21-cv-01770-TSH | Notice of Removal from San Francisco County Superior Court to United States District for Northern District of California, San Francisco Division Petition to Confirm Arbitration Award and Enter Judgment Thereon | USDC Northern District of California<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Harry B. Greenhouse v. Olivia Q. Sampaio Greenhouse<br>2021-005073-FC-04 | Dissolution of Marriage | Miami-Dade County 11th Circuit<br>175 NW 1st Avenue<br>Miami, FL 33131 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

| Debtor 1 | Harry Beck Greenhouse | Case number *(if known)* | 21-12844-AJC |
|---|---|---|---|

**accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:**  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Agentis PLLC<br>55 Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>rpc@agentislaw.com | Legal Fees | 3/25/2021 | $25,000.00 |

---

| Debtor 1 | Harry Beck Greenhouse | | Case number (if known) | 21-12844-AJC |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Agentis PLLC**<br>**55 Alhambra Plaza, Suite 800**<br>**Miami, FL 33134**<br>**rpc@agentislaw.com** | **Legal Fees** | **3/11/2021** | **$15,000.00** |
| **Agentis PLLC**<br>**55 Alhambra Plaza, Suite 800**<br>**Miami, FL 33134**<br>**rpc@agentislaw.com** | **Legal Fees** | **2/16/2021** | **$5,000.00** |
| **Agentis PLLC**<br>**55 Alhambra Plaza, Suite 800**<br>**Miami, FL 33134**<br>**rpc@agentislaw.com** | **Legal Fees** | **1/27/2021** | **$5,000.00** |
| **Agentis PLLC**<br>**55 Alhambra Plaza, Suite 800**<br>**Miami, FL 33134**<br>**rpc@agentislaw.com** | **Legal Fees** | **1/4/2021** | **$7,500.00** |
| **Schoenberg Finkel Beederman Bell & Glaze**<br>**300 S. Wacker Drive**<br>**Suite 1500**<br>**Chicago, IL 60606**<br>**richard.goldwasser@sfbbg.com** | **Retainer** | **12/7/2020** | **$5,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

4/09/21  8:36PM

| Debtor 1 | **Harry Beck Greenhouse** | Case number *(if known)* | **21-12844-AJC** |

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **JP Morgan Chase**<br>**13069 Kayak Way**<br>**Playa Vista, CA 90094** | **XXXX-8853** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/25/2021 | $40.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **City Furniture**<br>**3636 NE 1st Avenue #2**<br>**Miami, FL 33137** | | **Furniture** | ☐ No<br>■ Yes |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **1313 Ventures**<br>**2980 McFarlene Road**<br>**Miami, FL 33133** | **JPMorgan Chase Bank**<br>**PO BOX 15369**<br>**Wilmington, DE 19850** | **JP Morgan Chase Checking Acct# 0979**<br>**Harry Greenhouse DBA 1313 Ventures** | $0.00 |
| **Minor Daughter**<br>**1217 Andora Avenue**<br>**Miami, FL 33146** | **Vanguard**<br>**PO BOX 3009**<br>**Monroe, WI 53566-8309** | **Vanguard Custodial Brokerage Account for minor daughter Acct #4189**<br>**Bare legal title** | $504.20 |

Debtor 1    **Harry Beck Greenhouse**                                   Case number *(if known)*  **21-12844-AJC**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Minor Son**<br>**1217 Andora Avenue**<br>**Miami, FL 33146** | **Vanguard**<br>**PO BOX 3009**<br>**Monroe, WI 53566-8309** | **Vanguard Custodial**<br>**Brokerage Account for minor**<br>**son Acct# 3164**<br>**Bare legal title** | **$0.00** |
| **Playa Meta Ventures 2017, LLC**<br>**1217 Andora Avenue**<br>**Miami, FL 33146** | **Signature Bank**<br>**565 Fifth Avenue, 12th**<br>**Floor**<br>**New York, NY 10017** | **Bank Account, Debtor has**<br>**signatory authority, is the**<br>**Manager but holds 0%**<br>**ownership interest.** | **$51,654.67** |

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

4/09/21 8:36PM

Debtor 1    **Harry Beck Greenhouse**                    Case number *(if known)*    **21-12844-AJC**

☐    **No. None of the above applies.  Go to Part 12.**

☑    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Harry B. Greenhouse 2980 McFarlane Road Miami, FL 33133** | **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **46-1908582** From-To |
| **Ticket Tag, LLC 1313 Brian's Meadow Cove Austin, TX 78746** | **Online Ticket Sales** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **82-3809178** From-To    **2018 to Present** |
| **First Gear, LLC 1937 North Howe Street Chicago, IL 60614** | **Pooled Investment Vehicle** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **81-2083276** From-To    **2017 to Present** |
| **LiveWell, LLC 1937 Howe Street Chicago, IL 60614** | **Pooled Investment Vehicle** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN: From-To    **2015 to Present** |
| **RDP SPV I, LLC 4163 26 Street San Francisco, CA 94131** | **Pooled Investment Vehicle** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **82-4378869** From-To    **2018 to Present** |
| **Meta Stable Edge, LP 2000 Broadway, Suite 912 San Francisco, CA 94115** | **Investment Fund** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **47-1482666** From-To    **2016 to Present** |
| **1313 Ventures Joint Venture 1217 Andora Avenue Miami, FL 33146** | **Investment Association** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **83-1493310** From-To    **2018 to Present** |
| **Greenhouse USV 2012 Joint Venture 2305 North Commonwealth Avenue Chicago, IL 60614** | **Investment Association** **Clayton Financial and Tax, LLC Russell Fox, E.A. 222 S Rainbow Blvd, Suite 205 Las Vegas, NV 89145** | EIN:    **45-3792428** From-To    **2012 to Present** |

Debtor 1    **Harry Beck Greenhouse**                                                    Case number *(if known)*    **21-12844-AJC**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Greenhouse USV 2014 Joint Venture**<br>**2305 North Commonwealth Avenue**<br>**Chicago, IL 60614** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **46-4183171**<br><br>From-To    **2014 to Present** |
| **Greenhouse USV 2014 Opportunity Joint Ve**<br>**2305 North Commonwealth Avenue**<br>**Chicago, IL 60614** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **38-3922775**<br><br>From-To    **2014 to Present** |
| **Greenhouse USV 2016 Joint Venture**<br>**2305 North Commonwealth Avenue**<br>**Chicago, IL 60614** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **18-1819613**<br><br>From-To    **2016 to Present** |
| **Greenhouse USV 2019 Joint Venture**<br>**2305 North Commonwealth Avenue**<br>**Chicago, IL 60614** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **83-2406913**<br><br>From-To    **2019 to Present** |
| **Playa-Meta Ventures 2017, LLC**<br>**13069 S. Kiyot Way**<br>**Playa Vista, CA 90094** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **82-2489822**<br><br>From-To    **2017 to Present** |
| **HG Playa Venture Management, LLC**<br>**13069 South Kiyot Way**<br>**Playa Vista, CA 90094** | **Investment Association**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:     **82-2513180**<br><br>From-To    **2017 to Present** |
| **RS Ventures, Ltd.**<br>**50 Crawford House**<br>**Cedar Avenue**<br>**Hamilton, HM11, Bermuda** | **Software Analytics**<br><br>**Clayton Financial and Tax, LLC**<br>**Russell Fox, E.A.**<br>**222 S Rainbow Blvd, Suite 205**<br>**Las Vegas, NV 89145** | EIN:<br><br>From-To    **2014 to 2016** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1  **Harry Beck Greenhouse**                                    Case number *(if known)*  **21-12844-AJC**

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Harry Beck Greenhouse**

**Harry Beck Greenhouse**
**Signature of Debtor 1**

**Signature of Debtor 2**

**Date  April 9, 2021**                                    **Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Composite SOFA 6

**Credit Card Payments Made from x4756**

| | | |
|---|---|---|
| 3/26/2021 | CITI CARD x 4032 | -2096 Credit Card |
| 3/25/2021 | CITI CARD x 4032 | -750 Credit Card |
| 3/24/2021 | CITI CARD x 4032 | -3746.08 Credit Card |
| 3/24/2021 | CITI CARD x 4032 | -414.43 Credit Card |
| 3/24/2021 | CITI CARD x 4231 | -28.6 Credit Card |
| 3/19/2021 | CITI CARD x 0466 | -443.93 Credit Card |
| 3/19/2021 | CITI CARD x 4231 | -142.03 Credit Card |
| 3/15/2021 | CITI CARD x 4231 | -696.88 Credit Card |
| 3/8/2021 | CITI CARD x 4231 | -2251.6 Credit Card |
| 2/26/2021 | CITI CARD x 4231 | -1200.49 Credit Card |
| 2/22/2021 | CITI CARD x 4231 | -1141.1 Credit Card |
| 1/22/2021 | CITI CARD x 4231 | -1727.61 Credit Card |
| 1/22/2021 | CITI CARD x 0466 | -341.3 Credit Card |
| | | |
| 3/26/2021 | Payment to Chase card ending in 5716 03/26 | -8.5 Credit Card |
| 3/24/2021 | Payment to Chase card ending in 3889 03/24 | -519 Credit Card |
| 3/24/2021 | Payment to Chase card ending in 5716 03/24 | -27.3 Credit Card |
| 3/22/2021 | Payment to Chase card ending in 5716 03/22 | -624.47 Credit Card |
| 3/22/2021 | Payment to Chase card ending in 3889 03/22 | -400 Credit Card |
| 3/18/2021 | Payment to Chase card ending in 3889 03/18 | -545.02 Credit Card |
| 3/18/2021 | Payment to Chase card ending in 4853 03/18 | -500 Credit Card |
| 3/5/2021 | Payment to Chase card ending in 3889 03/05 | -1958.22 Credit Card |
| 3/5/2021 | Payment to Chase card ending in 4853 03/05 | -255.25 Credit Card |
| 2/24/2021 | CHASE CREDIT CRD x 1939 | -532.24 Credit Card |
| 2/22/2021 | Payment to Chase card ending in 3889 02/22 | -1347.01 Credit Card |
| 2/5/2021 | Payment to Chase card ending in 3889 02/05 | -559.32 Credit Card |
| 2/5/2021 | Payment to Chase card ending in 4853 02/05 | -188.38 Credit Card |
| 1/26/2021 | Payment to Chase card ending in 4853 01/26 | -2939.68 Credit Card |
| 1/25/2021 | CHASE CREDIT CRD x 1939 | -512.7 Credit Card |
| 1/5/2021 | Payment to Chase card ending in 3889 01/05 | -334.39 Credit Card |
| 12/31/2020 | Payment to Chase card ending in 4853 12/31 | -35 Credit Card |
| 12/29/2020 | Payment to Chase card ending in 1939 12/29 | -356 Credit Card |
| | | |
| 3/23/2021 | AMERICAN EXPRESS x 1006 | -1211.66 Credit Card |
| 3/15/2021 | American Express Payment x1004 | -856.26 Credit Card |
| 3/15/2021 | Capital One Payment x3604 | -1617.17 Credit Card |

**Made from Wells Fargo x5647**

| | | |
|---|---|---|
| 2/16/2021 | American Express Payment x1004 | 1793.62 Credit Card |
| 3/19/2021 | American Express Payment x1004 | 484.53 Credit Card |
| 3/23/2021 | American Express Payment x1004 | 440 Credit Card |
| 1/13/2021 | American Express Payment x1004 | 1123.27 Credit Card |
| | | |
| 2/22/2021 | Citicard Payment x 0466 | 1392.17 Credit Card |
| 2/16/2021 | Citicard Payment x 4231 | 1393.97 Credit Card |
| 3/8/2021 | Citicard Payment x 4231 | 598.36 Credit Card |
| 1/13/2021 | Citicard Payment x 0466 | 514.67 Credit Card |
| 1/6/2021 | Citicard Payment x 4231 | 1000 Credit Card |
| 1/27/2021 | Citicard Payment x 4231 | 2619.28 Credit Card |
| 1/22/2021 | Citicard Payment x 4231 | 506.16 Credit Card |
| | | |
| 2/8/2021 | Target Credit Card Payment x 5872 | 512.34 Credit Card |
| 1/14/2021 | Target Credit Card Payment x 5872 | 1276.59 Credit Card |
| 3/9/2021 | Target Credit Card Payment x 5872 | 378.79 Credit Card |
| 3/24/2021 | Target Credit Card Payment x 5872 | 719.48 Credit Card |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|--------|---------------------|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re  **Harry Beck Greenhouse**                                     Case No.  **21-12844-AJC**
                                                  Debtor(s)           Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April  9, 2021**                         **/s/ Harry Beck Greenhouse**
                                                  **Harry Beck Greenhouse**
                                                  Signature of Debtor