

**ORDERED in the Southern District of Florida on April 23, 2021.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| HARRY BECK GREENHOUSE, | |
| | Case No. 21-12844-AJC |
| Debtor. | |
| _____/ | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY[1]

**THIS MATTER** came before the court on April 21, 2021, at 2:30 p.m., on the Motion of creditors Polychain Fund I LP and Polychain Partners LLC f/k/a Polychain 2030 LLC (collectively, "*Polychain*") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (the *"Motion"*) [ECF No. 27]. The Court, having reviewed the Motion, reviewed the Debtor's Amended Response in Opposition to Polychain's Motion for Relief From the Automatic Stay [ECF No. 56], the *ore tenus* limited objection of creditor Olivia Sampaio Greenhouse, heard argument of counsel, and being otherwise fully advised in the premises, it is

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

**ORDERED** that

1. Polychain's Motion for relief from the automatic stay is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated to allow Polychain to proceed with judicial confirmation of the arbitration Award in the action styled *Polychain Fund I LP et al. v. Greenhouse*, Case No. CPF21517357 (the "*California Action*") through entry of judgment.

3. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted By:**
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Local Counsel for Polychain Fund I LP
and Polychain Partners LLC f/k/a Polychain 2030 LLC*

**Copies Furnished To:**
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.