UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

HARRY B. GREENHOUSE,

       Debtor.

Case No.: 21-12844-AJC

Chapter 11

_____/

**DEBTOR'S MOTION TO (I) SET A CONFIRMATION HEARING (II) EXTEND RELATED DEADLINES AND (III) RENEWING ITS REQUEST TO HOLD CONFIRMATION HEARING VIA ZOOM**

**Hearing Requested on October 06, 2021 at 2 p.m.[1]**

HARRY B. GREENHOUSE (the "Debtor"), as debtor-in-possession, by and through undersigned counsel, respectfully moves to: (i) set a hearing date for confirmation of the Debtor's Chapter 11 Plan of Reorganization, (ii) extend the related deadlines, and (ii) renews its request to hold such Confirmation Hearing (defined below) via the Zoom video platform (the "Motion"), and in support thereof states as follows:

**Procedural History**

1. On March 26, 2021, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code (the "Petition Date").

2. The Debtor is managing his affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On March 29, 2021, Linda Marie Leali was appointed as Subchapter V Trustee of this case [ECF# 12] (the "Subchapter V Trustee"). No other trustee, examiner, or statutory committee has been appointed in this case.

---

[1] At which time the Court currently has a Status Conference scheduled [ECF # 270].

1

4. On June 23, 2021, the Debtor filed his *Chapter 11 Small Business Subchapter V Plan of Reorganization of Harry Greenhouse* [ECF# 150] (the "Plan").

5. On June 28, 2021, the Court entered the *Order (I) Setting Hearing on Confirmation of Individual Debtor's Subchapter V Plan, (II) Setting Hearing on Fee Applications; (III) Describing Various Deadlines; and (IV) Describing Debtors' Obligations* (the "Scheduling Order") [ECF# 153]. The Scheduling Order originally set a hearing on the confirmation of the Debtor's Plan for August 17, 2021 (the "Confirmation Hearing").

6. On August 2, 2021, the *Debtor filed an Ex Parte Motion to Continue Hearing [ECF#194] on Confirmation of Subchapter V Plan [ECF# 150] and to Extend Time Related* Deadlines for 30 to 45 days. Creditors, Polychain Fund I LP and Polychain Partners LLC ("Polychain") filed a response [ECF# 199] requesting that the Confirmation Hearing be set at a later date in order to conduct discovery.

7. On August 4, 2021, this Court entered an order re-setting the Confirmation Hearing for September 23, 2021 [ECF #200].

8. On August 19, 2021, the Debtor filed an *Unopposed Ex-Parte Motion to Conduct Confirmation Hearing Via Zoom* [ECF #220], in light of the current scheduling of the Confirmation Hearing telephonically via Court Solutions and in consideration of the likelihood that such Confirmation Hearing will be contested in nature, requiring the introduction of documents and live oral testimony into evidence (the "Zoom Motion").

9. On August 24, 2021, the Court held a hearing on the Zoom Motion, and on August 26, 2021, entered an order cancelling the Confirmation Hearing and instead scheduling a status conference at that date and time (the "Status Conference") [ECF# 225].

10. On September 3, 2021, Debtor's filed an *Unopposed Ex Parte Motion to Extend Time for Confirmation Deadlines* [ECF# 229], which was granted by this Court in an order [ECF# 234] on September 8, 2021, which extended all confirmation associated deadlines in accordance with a "to be noticed" rescheduled Confirmation Hearing.

11. On September 9, 2021, Polychain re-noticed the continued depositions of the Debtor for October 13, 2021 [ECF #253] and that of the Debtor's financial advisor, Soneet Kapila, for October 20, 2021 [ECF #255].

## Debtor's Substitution of Counsel

12. In early September 2021, the Debtor underwent an unanticipated transition of counsel, which inevitably has caused some delay in the administration of the Debtor's case.

13. On September 20, 2021, the Debtor filed his *Expedited Application for Approval, on an Interim and Final Basis, for the Substitution and Employment of John D. Emmanuel, Esq. and Buchanan Ingersoll & Rooney PC as General Bankruptcy Counsel for the Debtor-in-Possession, Effective as of September 15, 2021* (the "Substitution Motion") [EC #265].

14. The Court held a hearing on the Debtor's Substitution Motion at the Status Conference.

15. On September 30, 2021, this Court entered an order granting Debtor's Substitution Motion and approving John D. Emmanuel, Esq. and Buchanan Ingersoll & Rooney ("Buchanan") as Debtor's general bankruptcy counsel on an interim and final basis [ECF #272].

16. Since retaining Buchanan as his general bankruptcy counsel, the Debtor has been evaluating and considering possible amendments to the Plan. Additionally, the Debtor is in the midst of resolving tax issues related to his 2020 tax return and associated liabilities, in addition to seeking to finalize the terms of the Debtor's divorce, including alimony and support payments.

Lastly, the Debtor and Buchanan are in the process of further investigating the valuations and transferability of certain of the Debtor's assets.

17. Resolution of all the above matters are essential to the re-formulation of the Plan. To date, no new Confirmation Hearing date has been scheduled.

## Relief Requested

18. Buchanan is undertaking its best efforts to address all Parties' concerns and issues with the existing Plan, outstanding discovery and other pending issues.

19. In order to ensure Plan confirmation by the end of 2021, the Debtor seeks entry of a scheduling order similarly in the form attached hereto as **Exhibit "A"** resetting the Confirmation Hearing of the Debtor's Plan to the week of Thanksgiving, 2021 and extending the related deadlines commensurate with the new rescheduled Confirmation Hearing.

20. Additionally, through this Motion, the Debtor renews its Zoom Motion. In light of the Covid-19 related court closures and the resurgence of the virus through its associated variants, and in order to contain fees and costs associated with potential travel related expenditures for Parties and attorneys located outside of Miami-Dade County, Florida, the Debtor and his counsel believe it most prudent to hold the Confirmation Hearing via remote video platform.

21. While the hearings in this matter have been handled adequately via Court Solutions to date, none of those hearings have been evidentiary in nature requiring the introduction of documents and examination of the Parties' witnesses for the Court's consideration. In order to present the necessary evidence to support confirmation of the Debtor's Plan, the Debtor and other Parties must be provided with a fulsome opportunity to put forth

evidence and cross-examine any witnesses, which requires visual contact and accessibility to the Court and its participants.

22.     Currently, Bankruptcy Courts in our district have successfully confirmed many Chapter 11 cases and have skillfully adjudicated evidentiary matters via Zoom since March of 2020, and the Debtor respectfully requests that the Court in this matter similarly employ the same cost effective, safe and efficient alternative.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order substantially in the form attached as **Exhibit "A"** to this Motion: (i) granting this Motion, (ii) setting a Confirmation Hearing of the Debtor's Plan in November of 2021 to be held via the Zoom web platform; (iii) setting the related deadlines commensurate with the new Confirmation Hearing date, and (iv) providing any further relief as the Court may deem equitable and appropriate.

Dated this 2nd day of October, 2021.

                                                BUCHANAN INGERSOLL & ROONEY PC
*Counsel for the Debtor in Possession*
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

By:  */s/ Nicole Grimal Helmstetter*
     John D. Emmanuel
     Florida Bar No: 0475572
     Email:  John.Emmanuel@bipc.com
     Nicole Grimal Helmstetter
     Florida Bar No: 86937
     Email: Nicole.Helmstetter@bipc.com

5

BUCHANAN INGERSOLL & ROONEY PC :: One Biscayne Tower :: Two South Biscayne Boulevard, Suite 1500 :: Miami, FL 33131-1822 :: T 305 347 4080 :: F 305 347

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on October 2, 2021.

By:   */s/ Nicole Grimal Helmstetter*
      Nicole Grimal Helmstetter
      Florida Bar No: 86937

6

BUCHANAN INGERSOLL & ROONEY PC :: One Biscayne Tower :: Two South Biscayne Boulevard, Suite 1500 :: Miami, FL 33131-1822 :: T 305 347 4080 :: F 305 347

**Exhibit "A"**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*

HARRY B. GREENHOUSE,

     Debtor.                                    /

Case No.: 21-12844-AJC
Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO (I) SET A CONFIRMATION HEARING (II) EXTEND RELATED DEADLINES AND (III) RENEWING ITS REQUEST TO HOLD CONFIRMATION HEARING VIA ZOOM**

**THIS MATTER** came before the Court upon the Debtor's *Motion to (I) Set a Confirmation Hearing (II) Extend Related Deadlines and (III) Renewing its Request to Hold Confirmation Hearing Via Zoom* (the "Motion") [1] [ECF# ___]. The Court, having reviewed the Motion and noting that no objections to the Motion were filed or raised at the Hearing, **FINDS** that sufficient

---

[1] All capitalized terms not expressly defined herein shall bear the meaning ascribed to them in the Agreed Motion.

cause exists to reset the confirmation deadlines in accordance with 11 U.S.C. § 1129(e) and 11 U.S.C. § 1121(e), and finding good cause therefor, the Court **ORDERS** as follows:

1.  The Motion is **GRANTED** and a Confirmation Hearing is set for **Monday, November 22, 2021 at 2:00 p.m.** The Confirmation Hearing will be conducted via Zoom. To register for the video conference, click on the following link or manually enter the following link in a browser. https://www.zoomgov.com/meeting/register/vJItdu2sqj4jEs61lSKYVCAROJRVlo23tnk

2.  The confirmation deadlines are continued commensurate with the continued Confirmation Hearing as follows:

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

NOVEMBER 22, 2021 AT 2:00 P.M.

LOCATION:

https://www.zoomgov.com/meeting/register/vJItdu2sqj4jEs61lSKYVCAROJRVlo23tnk

PROPONENT'S DEADLINE FOR SERVING THIS ORDER, PLAN, AND BALLOT(S):

October 25, 2021 (28 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CLAIMS:

November 8, 2021 (14 days before Confirmation Hearing)

DEADLINE FOR FEE APPLICATIONS:

November 1, 2021 (21 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

November 10, 2021 (seven business days before Confirmation Hearing)
DEADLINE FOR OBJECTIONS TO CONFIRMATION:

November 17, 20, 2021 (three business days before Confirmation Hearing)

2

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

November 17, 2021 (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

November 17, 2021 (three business days before Confirmation Hearing)

On June 23, 2021, Harry Beck Greenhouse (the "Debtor") filed the Plan [ECF No. 150] (the "Plan") pursuant to 11 U.S.C. § 1189.  The Court having considered the Plan and the record in this case, **ORDERS** that:

### A. DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN

Pursuant to Local Rule 3018-1, November 15, 2021 is fixed as the last day for filing written acceptances or rejections of the plan referred to above (seven business days before hearing on confirmation of the plan ("Confirmation Hearing")).

### B. OBLIGATIONS OF THE DEBTOR

(1)     On or before the date indicated above as "DEBTOR'S DEADLINE FOR SERVING THIS ORDER, PLAN, AND BALLOT(S)" the Debtor must serve a copy of this Order and the Plan on all creditors, all equity security holders, the Subchapter V Trustee, the United States Trustee and all other parties in interest, as required by Interim Bankruptcy Rule of Procedure 3017.2 and Federal Rule of Bankruptcy Procedure 2002(b) including without limitation those listed on the "Master Service List" if required to be filed pursuant to Local Rule 2002-1(H)). At the time of serving this Order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," must be served via U.S. Mail on all creditors and equity security holders entitled to vote on the Plan.

(2)     On or before 5:00 p.m. on the date indicated above as "DEADLINE FOR DEBTOR TO FILE REPORT OF PLAN PROPONENT AND CONFIRMATION AFFIDAVIT," the Debtor must file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit." The "Confirmation Affidavit" must set forth the facts upon which the Debtor will rely to satisfy each of the requirements of 11 U.S.C. § 1191. The "Confirmation Affidavit" should be prepared so that by reading it the Court can easily understand the significant terms of the Plan and other material facts relating to confirmation of the Plan. The individual executing the "Confirmation Affidavit" must be present at the Confirmation Hearing.

(3)     If the Debtor does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Confirmation Hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the Plan. At the Confirmation

Hearing, the Court may also consider dismissal or conversion for other cause shown at the request of any party in interest or on the Court's own motion.

    C.    **HEARING TO CONSIDER CONFIRMATION OF PLAN**

The hearing on confirmation of the Plan has been set for the date and time indicated above as "CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS." The Confirmation Hearing may be continued to a future date or dates by notice given in open court at the initial Confirmation Hearing or at any continuance thereof.

    D.    **DEADLINE FOR FILING OF OBJECTIONS TO CONFIRMATION OF PLAN**

The last day for filing and serving objections to confirmation of the Plan is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION."

    E.    **DEADLINE FOR OBJECTIONS TO CLAIMS**

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CLAIMS." All objections to claims must be filed before this date unless the deadline is extended by other or further order of this Court.

    F.    **DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FILING FEE APPLICATIONS." All prospective applicants for compensation, including attorneys, accountants, and other professionals, must file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through the date of the Confirmation Hearing. At or prior to the Confirmation Hearing, each applicant must file a supplement with documentation supporting the estimated time and costs. Fee applications must be timely filed with the Court and served (with all exhibits including documentation of estimated time) on (i) the Debtor; (ii) the Subchapter V Trustee; and (iii) the United States Trustee.

Fee applications will be heard at the Confirmation Hearing.

    G.    **DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":**

Each individual Debtor must file, on or before the date indicated above as "DEADLINE FOR INDIVIDUAL DEBTOR(S) TO FILE 'CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS,'" the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns."

# # #

Submitted By:
John D. Emmanuel
Florida Bar No: 0475572
Nicole Grimal Helmstetter
Florida Bar No: 86937
BUCHANAN INGERSOLL & ROONEY PC
**Counsel for the Debtor in Possession**
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131
Nicole.Helmstetter@bipc.com
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

Order Copy to: Nicole Grimal Helmstetter, Esq., who is directed to serve a conforming copy of this order on all interested parties.

4842-1693-0300, v. 3