

**ORDERED in the Southern District of Florida on December 27, 2021.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

*In re:*

HARRY B. GREENHOUSE,

      Debtor.                      /

Case No. 21-12844-AJC

Chapter 11

**ORDER DENYING DEBTOR'S EXPEDITED MOTION FOR ENTRY OF
AN ORDER (I) EXPANDING THE SCOPE OF RETENTION AND
EMPLOYMENT OF KAPILAMUKAMAL, LLP AS FINANCIAL ADVISORS
TO THE DEBTOR IN POSSESSION AS OF OCTOBER 5, 2021 AND
(II) TO APPROVE POST-PETITION RETAINER [ECF #287]**

THIS MATTER came before the Court for hearing on Tuesday, December 7, 2021, at 3:00 p.m. (the "Hearing") upon the Debtor's *Expedited Motion For Entry of an Order (I) Expanding the Scope of Employment of KapilaMukamal, LLP as Financial Advisors to Debtor in Possession as of October 5, 2021 and (II) to Approve Post-Petition Retainer* [ECF# 287] (the "Motion"). Through the Motion and at the Hearing, Debtor sought approval to expand the scope of retention and employment of KapilaMukamal, LLP ("KM") as Financial Advisors to the Debtor-in-Possession to include

accounting services required for the Debtor's Divorce Proceeding[1] as of October 5, 2021. The Court, having considered the argument of counsel for the Debtor, the objection filed by Polychain Partners, LLC [ECF #290], and having noted the comments made on the record by the Subchapter V Trustee, the United States Trustee and counsel for Olivia Sampaio Greenhouse, it is

**ORDERED** that the Motion is **DENIED** as **MOOT** without prejudice. If Debtor's current family law counsel, Christopher Pracitto, Esq., requires the assistance of KM in the Divorce Proceeding, he may utilize their services and thereafter seek approval of KM's fees and costs as part of his own fee application, upon a proper showing that such services were needed to prosecute or represent Debtor in those proceedings.

# # #

**Submitted By:**
John D. Emmanuel
Florida Bar No: 0475572
Nicole Grimal Helmstetter
Florida Bar No: 86937
BUCHANAN INGERSOLL & ROONEY PC
**Counsel for the Debtor in Possession**
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131
Nicole.Helmstetter@bipc.com
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

Order Copy to: Nicole Grimal Helmstetter, Esq., who is directed to serve a conforming copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

---

[1] All terms not specifically defined herein shall have the same meaning ascribed to them in the Motion.