

**ORDERED in the Southern District of Florida on March 2, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

IN RE:                                        CASE NO. 21-12844-BKC-AJC

HARRY BECK GREENHOUSE,             Chapter 11

     Debtor.
_____/

**ORDER GRANTING IN PART MOTION TO
COMPEL AND RESERVING RULING ON SANCTIONS**

THIS CAUSE came before the Court for hearing on February 16, 2022 upon the Motion to Compel Production of Documents Pursuant to Subpoena to Lee Greenhouse (ECF 308) filed by Polychain Partners LLC. The Court having reviewed the Motion, Lee Greenhouse's response in opposition (ECF 311) and Polychain's reply (ECF 312), having considered the parties' proffers and representations, and for the reasons stated on the record, it is

ORDERED AS FOLLOWS:

1. The Motion to Compel is granted, in part, as set forth below.

2. As to the taking of the continued Rule 2004 examination of Lee Greenhouse, Polychain may continue the examination for three (3) more hours, without prejudice to the Court extending that time period if necessary, upon a showing of cause.

3. As to the production of documents, Polychain shall prepare and file a list of all items that have been requested from Lee Greenhouse and not produced. The list should specifically state each item in separately numbered paragraphs.

4. The list must be served upon counsel for Lee Greenhouse within 14 days from this Order.

5. Within 14 days of service of the list prepared in accordance with paragraph 2, Lee Greenhouse shall file a verified response to each numbered paragraph, indicating whether the item has been produced or cannot be produced, and the reason for not producing it.

6. The Court reserves ruling on whether sanctions are appropriate against any parties.

###

Copies furnished to:

James Moon, Esq.
Richard Saldinger, Esq.
Linda Leali, Esq., Trustee