UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11
                                                                        Subchapter V
HARRY BECK GREENHOUSE,
                                                                        Case No. 21-12844-RAM
            Debtor.
_____/

**POLYCHAIN'S SUBMISSION PURSUANT TO ORDER GRANTING IN PART
MOTION TO COMPEL AND RESERVING RULING ON SANCTIONS [ECF NO. 318]**

Pursuant to the Court's *Order Granting in Part Motion to Compel and Reserving Ruling on Sanctions* (the "Order") [ECF No. 318], which provides that creditors Polychain Partners LLC and Polychain Fund I LP (together, "Polychain") "shall prepare and file a list of all items that have been requested from Lee Greenhouse and not produced," Polychain hereby provides the below list of items requested from Lee Greenhouse but not produced. [*Id.*]

In its April 14, 2021 Rule 2004 document requests, Polychain requested that Lee Greenhouse produce "[a]ll documents from January 1, 2018 to present regarding any entities in which both Lee Greenhouse and Debtor have an interest" as well as "[d]ocuments regarding any limited liability company, limited partnership, partnership, general partnership, or similar domestic or foreign corporate entity managed or controlled by Lee Greenhouse in which Debtor has any interest." [ECF No. 44]. From Polychain's review of Lee Greenhouse's document production to date, the following categories of documents are responsive to Polychain's document requests but have not been produced:

1.  All executed limited partnership agreements with Union Square Ventures or any affiliated entity, including:

    a.  Executed Limited Partnership Agreement of USV Investors 2012 Fund, L.P.

b. Executed Limited Partnership Agreement of USV 2014, L.P.

c. Executed Limited Partnership Agreement of USV Investors 2014, L.P.

d. Executed Limited Partnership Agreement of USV Opportunity Investors 2014, L.P.

e. Executed Limited Partnership Agreement of USV Investors 2016, L.P.

f. Executed Limited Partnership Agreement of USV Investors 2019, L.P.

g. Executed Limited Partnership Agreement of USV Opportunity Investors 2019, L.P.

2. All communications regarding any of the Union Square Ventures limited partnership agreements.

3. Audited, consolidated financial statements related to any Union Square Ventures fund for 2020 and 2021, including:

a. USV Investors 2012 Fund, L.P., Consolidated Financial Statements for the Year Ended December 31, 2020.

b. USV Investors 2014, L.P. Consolidated Financial Statements for the Year Ended December 31, 2020.

c. USV Opportunity Investors 2014, L.P., Consolidated Financial Statements for the Year Ended December 31, 2020.

d. USV Investors 2016, L.P. Consolidated Financial Statements for the Year Ended December 31, 2020

e. USV Investors 2019, L.P. Consolidated Financial Statements for the Year Ended December 31, 2020.

f. USV Opportunity Investors 2019, L.P. Consolidated Financial Statements for the Year Ended December 31, 2021.

  g. USV Investors 2012 Fund, L.P., Consolidated Financial Statements for the Year Ended December 31, 2021.

  h. USV Investors 2014, L.P. Consolidated Financial Statements for the Year Ended December 31, 2021.

  i. USV Opportunity Investors 2014, L.P., Consolidated Financial Statements for the Year Ended December 31, 2021.

  j. USV Investors 2016, L.P. Consolidated Financial Statements for the Year Ended December 31, 2021.

  k. USV Investors 2019, L.P. Consolidated Financial Statements for the Year Ended December 31, 2021.

  l. USV Opportunity Investors 2019, L.P. Consolidated Financial Statements for the Year Ended December 31, 2021.

 4. Quarterly reports related to any Union Square Ventures fund from Q2 2021 through present, including:

  a. USV Investors 2012 Fund, L.P. Quarterly Report for Q2 2021.

  b. USV Investors 2014, L.P. Quarterly Report for Q2 2021.

  c. USV Opportunity Investors 2014, L.P. Quarterly Report for Q2 2021.

  d. USV Investors 2016 L.P. Quarterly Report for Q2 2021.

  e. USV Investors 2019, L.P. Quarterly Report for Q2 2021.

  f. USV Opportunity Investors 2019, L.P. Quarterly Report for Q2 2021.

  g. USV Investors 2012 Fund, L.P. Quarterly Report for Q3 2021.

  h. USV Investors 2014, L.P. Quarterly Report for Q3 2021.

  i. USV Opportunity Investors 2014, L.P. Quarterly Report for Q3 2021.

  j.  USV Investors 2016 L.P. Quarterly Report for Q3 2021.

  k.  USV Investors 2019, L.P. Quarterly Report for Q3 2021.

  l.  USV Opportunity Investors 2019, L.P. Quarterly Report for Q3 2021.

  m.  USV Investors 2012 Fund, L.P. Quarterly Report for Q4 2021.

  n.  USV Investors 2014, L.P. Quarterly Report for Q4 2021.

  o.  USV Opportunity Investors 2014, L.P. Quarterly Report for Q4 2021.

  p.  USV Investors 2016 L.P. Quarterly Report for Q4 2021.

  q.  USV Investors 2019, L.P. Quarterly Report for Q4 2021.

  r.  USV Opportunity Investors 2019, L.P. Quarterly Report for Q4 2021.

5. All communications related to the Greenhouse USV Joint Ventures[1] or any Union Square Ventures fund or affiliated entity, including but not limited to[2]:

  a.  November 12, 2021 letter from Union Square Ventures to Greenhouse USV 2012 Joint Venture.

  b.  November 18, 2021 letter from Union Square Ventures to Greenhouse USV 2016 Joint Venture.

  c.  December 17, 2021 letter from Union Square Ventures to Greenhouse USV 2019 Joint Venture.

---

[1] "Greenhouse USV Joint Ventures" shall include Greenhouse USV 2012 Joint Venture, Greenhouse USV 2014 Joint Venture, Greenhouse USV 2014 Opportunity Joint Venture, Greenhouse USV 2016 Joint Venture, and Greenhouse USV 2019 Joint Venture.

[2] Counsel for Polychain met and conferred with counsel for Lee Greenhouse on February 28, 2021 regarding the production of documents and communications created after the issuance of Polychain's Rule 2004 document requests. While counsel for Lee Greenhouse objected that as a third-party Lee Greenhouse did not have an ongoing obligation to produce newly created documents, even if responsive, he nonetheless agreed to produce such documents including but not limited to those identified paragraphs 5, 6, 10 and 11.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

    d.    December 17, 2021 letter from Union Square Ventures to Greenhouse USV 2019 Joint Venture.

    e.    December 22, 2021 letter from Union Square Ventures to Greenhouse USV 2019 Joint Venture.

    f.    January 17, 2022 letter from Union Square Ventures to Greenhouse USV 2014 Joint Venture.

    g.    January 17, 2022 letter from Union Square Ventures to Greenhouse USV 2019 Joint Venture.

6.    Unredacted copies of the following letters from Union Square Ventures to Lee Greenhouse and/or the Greenhouse USV Joint Ventures:

    a.    November 12, 2020 letter from Union Square Ventures to Greenhouse USV 2012 Joint Venture.

    b.    June 10, 2021 letter from Union Square Ventures to the Greenhouse USV 2014 Joint Venture.

    c.    June 30, 2021 letter from Union Square Ventures to Greenhouse USV 2014 Joint Venture.

    d.    August 25, 2021 letter from Union Square Ventures to Greenhouse USV 2012 Joint Venture.

7.    Capital account statements issued by Lee Greenhouse and/or the Greenhouse USV Joint Ventures for any of the Greenhouse USV Joint Ventures for Q4 2021.

8.    All distribution statements and letters issued by Lee Greenhouse and/or the Greenhouse USV Joint Ventures for any of the Greenhouse USV Joint Ventures in Q4 2021.

9.    All distribution statements and letters issued by Lee Greenhouse and/or the Greenhouse USV Joint Ventures for any of the Greenhouse USV Joint Ventures in Q1 2022.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

10. All communications regarding the distribution of funds from Lee Greenhouse and/or the Greenhouse USV Joint Ventures to members of the Greenhouse USV Joint Ventures, including but not limited to:

a. November 20, 2021 letter from Lee Greenhouse/Greenhouse USV Joint Ventures to members of the Greenhouse USV Joint Ventures.

b. December 28, 2021 letter from Lee Greenhouse/Greenhouse USV Joint Ventures to members of the Greenhouse USV Joint Ventures.

c. January 7, 2022 letter from Lee Greenhouse/Greenhouse USV Joint Ventures to Harry Greenhouse.

d. January 21, 2022 letter from Lee Greenhouse/Greenhouse USV Joint Ventures to members of the Greenhouse USV Joint Ventures.

11. All correspondence between Lee Greenhouse and/or his counsel, Richard A. Saldinger, and Debtor and/or Debtor's counsel at Buchanan Ingersoll & Rooney PC, including but not limited to:

a. January 24, 2022 letter from Nicole Helmstetter to Lee Greenhouse.

b. February 1, 2022 letter from Richard A. Saldinger to Nicole Helmstetter.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on March 10, 2022, via the Court's Notice of Electronic Filing upon Registered Users listed on the attached **Exhibit 1**, served via U.S. Mail upon the parties listed on the attached Manual Notice; and served via U.S. Mail and electronic mail upon Richard A. Saldinger, Esq., counsel for Lee Greenhouse, Landsman Saldinger Carroll, 161 N. Clark Street, Suite 1600, Chicago, IL 60601; saldinger@lsclegal.com.

                                                      Respectfully submitted,

By: */s/James C. Moon*
     James C. Moon, Esq.
     Florida Bar No. 938211
     jmoon@melandbudwick.com
     MELAND BUDWICK, P.A.
     3200 Southeast Financial Center
     200 South Biscayne Boulevard
     Miami, FL 33131
     Telephone: (305) 358-6363
     Facsimile: (305) 358-1221

     *Local Bankruptcy Counsel for Polychain Partners LLC (f/k/a Polychain 2030 LLC) and Polychain Fund I LP*

     -and-

     BRAUNHAUGEY & BORDEN LLP

     J. Noah Hagey (admitted *pro hac vice*)
     Andrew Levine (admitted *pro hac vice*)
     315 California Street, 10th Floor
     San Francisco, CA 94104
     Tel. & Fax: (415) 599-0210
     Email: hagey@braunhagey.com
     Email: levine@braunhagey.com

     Pratik Ghosh (admitted *pro hac vice*)
     7 Times Square, 27th Floor
     New York, NY 10036-6524
     Tel. & Fax: (646) 829-9403
     Email: ghosh@braunhagey.com

     *Counsel for Polychain Partners LLC (f/k/a Polychain 2030 LLC) and Polychain Fund I LP*

7

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ido J Alexander**     ija@lsaslaw.com, info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;mjg@lsaslaw.com;ah@lsaslaw.com;jb@lsaslaw.com;zbs@lsaslaw.com
- **John D Emmanuel**     John.emmanuel@bipc.com, Sabrina.storno@bipc.com;eService@bipc.com
- **Nicole Grimal Helmstetter**     Nicole.helmstetter@bipc.com, marilee.tamesolmedo@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com
- **Linda M Leali**     lleali@lealilaw.com, featon@lealilaw.com
- **Linda Marie Leali**     trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **James C. Moon**     jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Steven D Schneiderman**     Steven.D.Schneiderman@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> **American Express National Bank**
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701
>
> **Russell Fox**
> Clayton Financial and Tax LLC
> 222 S Rainbow Blvd #205
> Las Vegas, NV 89145
>
> **Soneet Kapila**
> c/o Kapila & Company
> 1000 South Federal Highway, Suite 200
> Fort Lauderdale, FL 33316
>
> **Lewis & Associates, CPA's, LLC**
> Terry K Lewis, Manager
> 528 E Willow Springs Lane
> Draper, UT 84020

Exhibit 1