**U.S. Trustee Monthly Operating Report**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor Name: | Harry B Greenhouse |
| United States Bankruptcy court for: | Southern    District of  Florida |
| Case Number: | 21-12844-AJC |

Check if this is an amended filing.

**Official Form 425C**

**Monthly Operating Report for Small Business Under Chapter 11**

| | | | |
|---|---|---|---|
| Month: | February 2022 | Date Report Filed: | 3/21/2022 |
| | | | MM/DD/YYYY |
| Line of Business: | N/A | NAISC Code: | 0000 |

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

*Harry Greenhouse*                                    3/18/22

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

Harry Greenhouse, Debtor

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR

**1. QUESTIONNAIRE:**

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | X | | |
| 2 | Do you plan to continue to operate the business next month? | X | | |
| 3 | Have you paid all of your bills on time? | X | | |
| 4 | Did you pay your employees on time? | | | X |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | X | | |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | | X | |
| 7 | Have you timely filed all other required government filings? | X | | |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | | | X |
| 9 | Have you paid all of your insurance premiums? | X | | |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| | | Yes | No | N/A |
| 10 | Do you have any bank accounts open other than the DIP accounts? | X | | |
| 11 | Have you sold any assets other than inventory? | | X | |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | X | |
| 13 | Did any insurance company cancel your policy? | | X | |
| 14 | Did you have any unusual or significant unanticipated expenses? | | X | |

| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | X | |
| 16 | Has anyone made an investment in your business? | | X | |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | | X | |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | X | |

## 2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS

19    **Total opening balance of all accounts**        $ 1,300,359.78

This amount must equal what you reported as cash on hand at the end of the month in the previous month.  If this is your first report, report the total cash on hand as of the date of the filing of this case.

20    **Total Cash Receipts**

Attach a listing of all cash received for the month and label it  *Exhibit C* .  Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf.  Do not attach bank statements in lieu of  *Exhibit C* .

Report the total from *Exhibit C*  here.        $     260,072.09

21    **Total Cash Disbursements**

Attach a listing of all payments you made in the month and label it  *Exhibit D* .  List the date paid, payee, purpose, and amount.  Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit D* .

Report the total from *Exhibit D*  here.        $     47,288.98

22    **Net Cash Flow**        $     212,783.11

Subtract line 21 from 20 and report the result her.  This amount may be different from what you may have calculated as net profit.

23    **Cash on hand at the end of the month**        $ 1,513,142.89

Add line 22 + line 19.  Report the result here.

Report this figure as the *cash on hand at the beginning of the month*  on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. UNPAID BILLS

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  Label it *Exhibit E* .  Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due.  Report the total from *Exhibit E* here.

24    **Total Payables - Not Applicable**        **N/A**

      *(Exhibit E)*

| 4. MONEY OWED TO YOU |
|---|

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it Exhibit F.  Identify who owes you money, how much is owed, and when payment is due.  Report the total from Exhibit F here.

25 **Total Receivables - Not Applicable**          **N/A**
            (Exhibit F)

| 5. EMPLOYEES |
|---|

26   What was the number of employees when the case was filed?          0

27   What is the number of employees as of the date of this report?          0

| 6. PROFESSIONAL FEES |
|---|

28   How much have you paid this month in professional fees related to this bankruptcy case?          $          -

29   How much in professional fees related to this bankruptcy case since the case was filed?          $     221,953.59

30   How much have you paid this month in other professional fees?  **(Note 1)**          $          -

31   How much have you paid in total other professional fees since filing this case? **(Note 1)**          $       8,977.00

**Note 1)** On March 26, 2021 the Debtor paid PP and D Accounting Services $7,727. This Case was filed after business hours on the evening of March 26, 2021. Accordingly, and upon good information and belief, the transactions effectuated on March 26, 2021 occurred prior to the filing of the bankruptcy petition.

| 7. PROJECTIONS (Note 2) |
|---|

figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Projected**<br>Copy lines 35-37 from the previous month's report. | **Actual**<br>Copy lines 20-22 of this report. | **Difference**<br>Subtract Column B from Column A. |
| 32 | **Cash Receipts** | $       60,068.04 | - | $     260,072.09 | = | $     (200,004.05) |
| 33 | **Cash Disbursements** | $       32,357.24 | - | $       47,288.98 | = | $       (14,931.74) |
| 34 | **Net Cash Flow** | $       27,710.80 | - | $     212,783.11 | = | $     (185,072.31) |

35   Total projected cash receipts for the next month (**Note 3**):          $       60,068.04

36   Total projected cash disbursements for the next month (**Note 3**):          $       32,357.24

37   Total projected net cash flow for the next month (**Note 3**):          $       27,710.80

**Note 2)** Projections were obtained from DE 105 - DIP Motion for Order (I) Authorizing Debtor's use of Post Petition Income (II) Establishing a Budget and (III) Maintaining Some Existing Accounts filed on May 24, 2021.

**Note 3)** Projected cash receipts, cash disbursements and net cash flow for February and March 22 were predicated from the DE 105 Budget for the month of September.

**8. ADDITIONAL INFORMATION**

If available, check the box to the left and attach copies of the following documents.

38  | X |    Bank statements for each open account (redact all but the last 4 digits of account numbers).

39  | |    Bank reconciliation reports for each account.

40  | |    Financial reports such as an income statement (profit & loss) and/or balance sheet.

41  | |    Budget, projection, or forecast reports.

42  | |    Project, job costing, or work-in-progress reports.

**Exhibit A**
**Questionaire**

Name of Debtor:    **Harry B Greenhouse**        Case Number:        **21-12844-AJC**

6. Have you timely filed your tax returns and paid all of your taxes?

The Debtor's 2020 tax payment became due on October 15, 2020. The resulting tax liability will be satisfied through the Debtor's Plan of Reorganization.

10. Do you have any bank accounts open other than the DIP accounts?

On October 28, 2021, the Debtor received a distribution from his First Gear, LLC investment in the form of 1,371 shares in Chargepoint Holdings, Inc. In order to receive these shares, First Gear directed the creation of an account in the Debtor's name at Oppenheimer & Co, Inc. On October 31, 2021, the stock price was $24.70 per share. The Oppenheimer account did not produce a statement for February 2022, however, the current stock price as of March 14, 2022 is down to $15.14 per share

**Exhibit C**
**Schedule of Receipts**

Name of Debtor:  **Harry B Greenhouse**                                    Case Number:    **21-12844-AJC**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/04/22 | Paysafe Financial Services | $ | 1,527.71 |
| 02/07/22 | 1Confirmation Fund Lp | | 227,308.00 |
| 02/14/22 | Greenhouse USV 2014 Opportunity | | 8,465.75 |
| 02/18/22 | Greenhouse USV 2012 JV | | 22,770.63 |
| | | **$** | **260,072.09** |

**Exhibit D**
**Schedule of Disbursements**

Name of Debtor: **Harry B Greenhouse**          Case Number:          **21-12844-AJC**

| Date | Description | Purpose | Amount |
|---|---|---|---|
| 02/01/22 | GulliverSchools | Tuition/Education | 400.00 |
| 02/01/22 | GulliverSchools | Tuition/Education | 400.00 |
| 02/01/22 | Life Time Living | Rent | 5,415.95 |
| 02/01/22 | Olivia Sampaio | Alimony or Child Support Payments | 17,000.00 |
| 02/01/22 | GulliverSchools | Tuition/Education | 2,663.00 |
| 02/01/22 | GulliverSchools | Tuition/Education | 4,384.00 |
| 02/01/22 | FPL | Utilities | 71.37 |
| 02/01/22 | GulliverSchools | Tuition/Education | 5,800.00 |
| 02/01/22 | ATM Withdrawal | Cash Withdrawal | 503.50 |
| 02/01/22 | VAPE & SMOKE SHOP | Household Expenses/Food/Clothing | 88.76 |
| 02/01/22 | ATM Withdrawal | Cash Withdrawal | 503.50 |
| 02/01/22 | APPLE COM BILL | Travel & Entertainment | 9.99 |
| 02/01/22 | STARBUCKS | Household Expenses/Food/Clothing | 5.83 |
| 02/01/22 | VAPE & SMOKE SHOP | Household Expenses/Food/Clothing | 54.75 |
| 02/01/22 | UBER TRIP | Transportation | 7.75 |
| 02/01/22 | UBER TRIP | Transportation | 7.81 |
| 02/01/22 | Amazon | Household Expenses/Food/Clothing | 16.66 |
| 02/01/22 | Amazon | Household Expenses/Food/Clothing | 59.05 |
| 02/02/22 | UBER TRIP | Transportation | 7.78 |
| 02/02/22 | UBER TRIP | Transportation | 8.19 |
| 02/02/22 | Amazon | Household Expenses/Food/Clothing | 13.88 |
| 02/02/22 | COCONUT GROVE PHARMACY | Medical | 33.55 |
| 02/02/22 | BLUE CROSS BLUE SHIELD | Insurance | 2,069.49 |
| 02/02/22 | Roku for Hulu LLC | Travel & Entertainment | 73.54 |
| 02/03/22 | UBER TRIP | Transportation | 6.51 |
| 02/03/22 | UBER TRIP | Transportation | 7.13 |
| 02/03/22 | STARBUCKS | Household Expenses/Food/Clothing | 7.17 |
| 02/03/22 | UBER TRIP | Transportation | 7.77 |
| 02/03/22 | Amazon | Household Expenses/Food/Clothing | 15.26 |
| 02/03/22 | Amazon | Household Expenses/Food/Clothing | 20.31 |
| 02/03/22 | Amazon | Household Expenses/Food/Clothing | 48.12 |
| 02/03/22 | Amazon | Household Expenses/Food/Clothing | 54.06 |
| 02/03/22 | TST* Farinelli 1937 | Household Expenses/Food/Clothing | 69.76 |
| 02/03/22 | Amazon | Household Expenses/Food/Clothing | 135.87 |
| 02/03/22 | Spotify USA | Travel & Entertainment | 11.30 |
| 02/04/22 | STARBUCKS | Household Expenses/Food/Clothing | 4.23 |
| 02/04/22 | UBER TRIP | Transportation | 8.31 |
| 02/04/22 | UBER TRIP | Transportation | 8.38 |
| 02/04/22 | Amazon | Household Expenses/Food/Clothing | 12.83 |
| 02/04/22 | Amazon | Household Expenses/Food/Clothing | 21.39 |
| 02/04/22 | UBER EATS | Household Expenses/Food/Clothing | 40.52 |
| 02/04/22 | Amazon | Household Expenses/Food/Clothing | 93.01 |
| 02/07/22 | UBER TRIP | Transportation | 6.25 |
| 02/07/22 | UBER TRIP | Transportation | 7.82 |
| 02/07/22 | UBER TRIP | Transportation | 7.99 |
| 02/07/22 | GOOGLE*YOUTUBEPREMIUM | Household Expenses/Food/Clothing | 12.98 |
| 02/07/22 | UBER TRIP | Transportation | 16.13 |
| 02/07/22 | LYFT | Transportation | 22.30 |
| 02/07/22 | UBER EATS | Household Expenses/Food/Clothing | 31.81 |
| 02/07/22 | DOMINOS | Travel, Meals & Entertainment | 33.42 |

**Exhibit D**
**Schedule of Disbursements**

Name of Debtor: **Harry B Greenhouse**        Case Number:        **21-12844-AJC**

| Date | Description | Purpose | Amount |
|------|-------------|---------|--------|
| 02/07/22 | UBER TRIP | Transportation | 34.49 |
| 02/07/22 | Amazon | Household Expenses/Food/Clothing | 39.58 |
| 02/07/22 | Amazon | Household Expenses/Food/Clothing | 42.79 |
| 02/07/22 | REFIT ACADEMY | Travel & Entertainment | 99.00 |
| 02/07/22 | Amazon | Household Expenses/Food/Clothing | 114.20 |
| 02/07/22 | PAYPAL *SAMIRAKASKE | Medical | 685.00 |
| 02/07/22 | CIGNA | Insurance | 138.00 |
| 02/07/22 | TMOBILE | Utilities | 250.00 |
| 02/07/22 | TMOBILE | Utilities | 327.00 |
| 02/08/22 | UBER TRIP | Transportation | 8.88 |
| 02/08/22 | DOORDASH*NORTH ITALIA | Household Expenses/Food/Clothing | 97.21 |
| 02/09/22 | APPLE COM BILL | Travel & Entertainment | 6.99 |
| 02/09/22 | APPLE COM BILL | Travel & Entertainment | 9.98 |
| 02/09/22 | APPLE COM BILL | Travel & Entertainment | 9.98 |
| 02/09/22 | APPLE COM BILL | Travel & Entertainment | 9.98 |
| 02/09/22 | STARBUCKS | Household Expenses/Food/Clothing | 4.23 |
| 02/09/22 | UBER TRIP | Transportation | 7.80 |
| 02/09/22 | Amazon Digit | Household Expenses/Food/Clothing | 10.99 |
| 02/09/22 | LYFT | Transportation | 14.61 |
| 02/09/22 | Prime Video | Travel & Entertainment | 16.96 |
| 02/10/22 | STARBUCKS | Household Expenses/Food/Clothing | 4.23 |
| 02/10/22 | Prime Video | Travel & Entertainment | 4.99 |
| 02/10/22 | LYFT | Transportation | 22.60 |
| 02/10/22 | UBER EATS | Household Expenses/Food/Clothing | 52.52 |
| 02/11/22 | UBER TRIP | Transportation | 9.11 |
| 02/11/22 | Amazon | Household Expenses/Food/Clothing | 104.77 |
| 02/11/22 | AMERICAN AIRLINES | Travel & Entertainment | 268.67 |
| 02/14/22 | Olivia Sampaio[1] | Alimony or Child Support Payments | 500.00 |
| 02/14/22 | APPLE COM BILL | Travel & Entertainment | 19.96 |
| 02/14/22 | Amazon | Household Expenses/Food/Clothing | 6.41 |
| 02/14/22 | UBER TRIP | Transportation | 6.51 |
| 02/14/22 | UBER TRIP | Transportation | 6.51 |
| 02/14/22 | UBER TRIP | Transportation | 7.63 |
| 02/14/22 | STARBUCKS | Household Expenses/Food/Clothing | 8.73 |
| 02/14/22 | LYFT | Transportation | 14.62 |
| 02/14/22 | LYFT | Transportation | 15.06 |
| 02/14/22 | UBER TRIP | Transportation | 25.96 |
| 02/14/22 | UBER TRIP | Transportation | 31.87 |
| 02/14/22 | UBER TRIP | Transportation | 36.18 |
| 02/14/22 | Amazon | Household Expenses/Food/Clothing | 36.36 |
| 02/14/22 | UBER EATS | Household Expenses/Food/Clothing | 39.66 |
| 02/14/22 | UBER* EATS | Household Expenses/Food/Clothing | 39.67 |
| 02/14/22 | UBER EATS | Household Expenses/Food/Clothing | 47.05 |
| 02/14/22 | TST* KAO CORAL GABLES | Household Expenses/Food/Clothing | 96.02 |
| 02/15/22 | Olivia Sampaio | Alimony or Child Support Payments | 150.00 |
| 02/15/22 | Olivia Sampaio | Alimony or Child Support Payments | 100.00 |
| 02/15/22 | Olivia Sampaio | Alimony or Child Support Payments | 250.00 |
| 02/15/22 | Olivia Sampaio | Alimony or Child Support Payments | 90.00 |
| 02/15/22 | Account Analysis Charge | Bank Fee | 50.00 |

**Exhibit D**
**Schedule of Disbursements**

Name of Debtor: **Harry B Greenhouse**          Case Number:          **21-12844-AJC**

| Date | Description | Purpose | Amount |
|---|---|---|---|
| 02/15/22 | Fedex | Other | 5.42 |
| 02/15/22 | Fedex | Other | 7.48 |
| 02/15/22 | Uber Trip | Transportation | 7.94 |
| 02/15/22 | Amazon | Household Expenses/Food/Clothing | 10.65 |
| 02/15/22 | UBER TRIP | Transportation | 17.11 |
| 02/15/22 | UBER TRIP | Transportation | 18.23 |
| 02/15/22 | Amazon | Household Expenses/Food/Clothing | 25.66 |
| 02/15/22 | Amazon | Household Expenses/Food/Clothing | 62.02 |
| 02/15/22 | Amazon | Household Expenses/Food/Clothing | 82.37 |
| 02/15/22 | Roku for Disney | Travel & Entertainment | 7.99 |
| 02/16/22 | UBER TRIP | Transportation | 6.09 |
| 02/16/22 | UBER TRIP | Transportation | 7.70 |
| 02/16/22 | UBER TRIP | Transportation | 20.99 |
| 02/16/22 | TST* Farinelli 1937 | Household Expenses/Food/Clothing | 91.00 |
| 02/17/22 | Lyft | Transportation | 14.89 |
| 02/17/22 | UBER EATS | Household Expenses/Food/Clothing | 39.97 |
| 02/22/22 | Prime Video | Travel & Entertainment | 9.04 |
| 02/22/22 | Amazon | Household Expenses/Food/Clothing | 14.49 |
| 02/22/22 | Amazon | Household Expenses/Food/Clothing | 35.28 |
| 02/22/22 | MCDONALDS | Household Expenses/Food/Clothing | 64.06 |
| 02/22/22 | Art Nick Park Bout Mxn | Travel & Entertainment | 72.11 |
| 02/22/22 | Amazon | Household Expenses/Food/Clothing | 98.83 |
| 02/22/22 | Amazon | Household Expenses/Food/Clothing | 158.36 |
| 02/22/22 | International Fee | Bank Fee | 205.89 |
| 02/22/22 | Art Nick Park Bout Mxn | Travel & Entertainment | 2.06 |
| 02/22/22 | NETFLIX COM | Travel & Entertainment | 19.45 |
| 02/22/22 | UBER TRIP | Transportation | 9.74 |
| 02/22/22 | UBER TRIP | Transportation | 30.20 |
| 02/22/22 | UBER EATS | Household Expenses/Food/Clothing | 48.77 |
| 02/23/22 | Google | Household Expenses/Food/Clothing | 2.17 |
| 02/23/22 | APPLE COM BILL | Travel & Entertainment | 9.99 |
| 02/23/22 | International Fee | Bank Fee | 0.72 |
| 02/24/22 | Nickelodeon Hotel | Travel & Entertainment | 350.00 |
| 02/25/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 4.67 |
| 02/25/22 | Prime Video | Travel & Entertainment | 5.65 |
| 02/25/22 | Art Nick Playa Mxn | Travel & Entertainment | 11.27 |
| 02/25/22 | Opcionales Xcaret | Travel & Entertainment | 17.43 |
| 02/25/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 19.06 |
| 02/25/22 | Amazon | Household Expenses/Food/Clothing | 345.76 |
| 02/25/22 | Experiencias Xcaret | Travel & Entertainment | 734.91 |
| 02/25/22 | International Fee | Bank Fee | 3.50 |
| 02/28/22 | APPLE COM BILL | Travel & Entertainment | 19.99 |
| 02/28/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 6.05 |
| 02/28/22 | Amazon | Household Expenses/Food/Clothing | 10.00 |
| 02/28/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 10.24 |
| 02/28/22 | Uber Trip | Transportation | 16.00 |
| 02/28/22 | TDAS Xcaret | Travel & Entertainment | 18.61 |
| 02/28/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 23.44 |
| 02/28/22 | UBER TRIP | Transportation | 25.93 |
| 02/28/22 | UBER TRIP | Transportation | 37.78 |

**Exhibit D**
**Schedule of Disbursements**

Name of Debtor: **Harry B Greenhouse**                Case Number:                **21-12844-AJC**

| Date | Description | Purpose | Amount |
|------|-------------|---------|--------|
| 02/28/22 | Art Nick & R Bout Mxn | Travel & Entertainment | 102.92 |
| 02/28/22 | International Fee | Bank Fee | 0.05 |
| 02/28/22 | International Fee | Bank Fee | 0.06 |
| 02/28/22 | International Fee | Bank Fee | 0.10 |
| 02/28/22 | International Fee | Bank Fee | 0.11 |
| 02/28/22 | International Fee | Bank Fee | 0.17 |
| 02/28/22 | International Fee | Bank Fee | 0.19 |
| 02/28/22 | International Fee | Bank Fee | 0.19 |
| 02/28/22 | International Fee | Bank Fee | 0.23 |
| 02/28/22 | International Fee | Bank Fee | 1.03 |
| 02/28/22 | International Fee | Bank Fee | 7.35 |
| 02/28/22 | APPLE COM BILL | Travel & Entertainment | 2.99 |
| 02/28/22 | UBER TRIP | Transportation | 6.25 |
| 02/28/22 | UBER TRIP | Transportation | 18.64 |
| | | | **$ 47,288.98** |

**Notes:**
**1)** This payment is for the Debtor's children's transportation to and from school.



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

```
Date  2/28/22          Page      1
Primary Account              9845
```

10339611

HARRY B GREENHOUSE
DEBTOR IN POSSESSION, CASE #21-12844-AJC
2980 MCFARLANE RD
MIAMI FL 33133

| Account Title: | HARRY B GREENHOUSE |
| | DEBTOR IN POSSESSION, CASE #21-12844-AJC |

| | | | | |
|---|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 5 |
| Account Number | 9845 | Statement Dates  2/01/22 thru 2/28/22 |
| Previous Balance | 129,965.64 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Avg Daily Ledger | 93,997.13 |
| 61 Checks/Debits | 40,804.03 | Avg Daily Collected | 93,997.13 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 89,161.61 | | |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 2/01 | GulliverSc GulliverSchool<br>WEB 121140398126019<br>Greenhouse Harry<br>445494288 | 400.00- |
| 2/01 | GulliverSc GulliverSchool<br>WEB 121140398126022<br>Greenhouse Harry<br>445494618 | 400.00- |
| 2/01 | WEB PMTS   Life Time Living<br>WEB 091000012741243<br>Harry Greenhouse<br>9LWTC8 | 5,415.95- |
| 2/01 | Domestic Wire Transfer-DL<br>Olivia Sampaio | 17,000.00- |



Commercial Checking                    9845   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | 322271627 | |
|      | 737769500 | |
|      | UNITED STATES | |
|      | JP Morgan Chase | |
|      | 20220201MMQFMP9NO00148 | |
|      | 20220201B1QGC01R039324 | |
|      | 02011121FT01 | |
| 2/02 | 3056666333 GulliverSchools | 2,663.00- |
|      | WEB 121140399869692 | |
|      | Greenhouse Harry | |
|      | 446251058 | |
| 2/02 | 3056666333 GulliverSchools | 4,384.00- |
|      | WEB 121140399869252 | |
|      | Greenhouse Harry | |
|      | 446251424 | |
| 2/03 | ELEC PYMT  FPL DIRECT DEBIT | 71.37- |
|      | PPD 111000019227307 | |
|      | HARRY BECK GREENHOUSE | |
| 2/07 | 3056666333 GulliverSchools | 5,800.00- |
|      | WEB 121140394535413 | |
|      | Harry Greenhouse | |
|      | 447924420 | |
| 2/18 | ATM W/D 1334 02/18/22 00492482 | 503.50- |
|      | 2740 CORAL WAY | |
|      | 2740 CORAL WAY | |
|      | CORAL GABLES  FL C#9579 | |
| 2/18 | POS DEB 1152 02/18/22 35175252 | 88.76- |
|      | VAPE & SMOKE SHOP | |
|      | 467 S. DIXIE HWY | |
|      | CORAL GABLES  FL C#9579 | |
| 2/22 | ATM W/D 0959 02/19/22 00307567 | 503.50- |
|      | 2740 CORAL WAY | |
|      | 2740 CORAL WAY | |
|      | CORAL GABLES  FL C#9579 | |
| 2/22 | POS DEB 1022 02/20/22 10382508 | 9.99- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO     CA C#9579 | |
| 2/22 | DBT CRD 1159 02/18/22 47465706 | 5.83- |
|      | STARBUCKS STORE 11784 | |



Date  2/28/22          Page    3
Primary Account            9845

Commercial Checking          9845  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | CORAL GABLES  FL C#9579 | |
| 2/22 | DBT CRD 1726 02/21/22 43974400 | 9.04- |
| | Prime Video*1B8P19WLO | |
| | 888-802-3080  WA C#9579 | |
| 2/22 | DBT CRD 2324 02/20/22 94507146 | 14.49- |
| | AMZN Mktp US*LX3X79NM3 | |
| | Amzn.com/bill WA C#9579 | |
| 2/22 | DBT CRD 1924 02/20/22 50660674 | 35.28- |
| | AMAZON.COM*1I5RY7N31 A | |
| | AMZN.COM/BILL WA C#9579 | |
| 2/22 | DBT CRD 1210 02/19/22 54464512 | 64.06- |
| | MCDONALD S M6921 OF FL | |
| | HIALEAH        FL C#9579 | |
| 2/22 | DBT CRD 1308 02/21/22 89366046 | 72.11- |
| | ART NICK PARK BOUT MXN | |
| | BENITO JUAREZ MX C#9579 | |
| 2/22 | DBT CRD 0951 02/19/22 71109670 | 98.83- |
| | AMZN Mktp US*OF5IA64Z3 | |
| | Amzn.com/bill WA C#9579 | |
| 2/22 | DBT CRD 0552 02/20/22 27244619 | 158.36- |
| | AMZN Mktp US*HN8YT5MW3 | |
| | Amzn.com/bill WA C#9579 | |
| 2/22 | DBT CRD 1518 02/20/22 67038675 | 205.89- |
| | ART NICK PARK BOUT MXN | |
| | BENITO JUAREZ MX C#9579 | |
| 2/22 | Int Fee 1418 02/21/22 67038675 | 2.06- |
| | ART NICK PARK BOUT MXN | |
| | BENITO JUAREZOO C# 9579 | |
| 2/22 | DBT CRD 1204 02/18/22 50652003 | 19.45- |
| | Netflix.com | |
| | 408-5403700  CA C#9579 | |
| 2/23 | DBT CRD 1625 02/22/22 07181276 | 2.17- |
| | GOOGLE *Google Storage | |
| | g.co/helppay CA C#9579 | |
| 2/23 | DBT CRD 1724 02/23/22 42544889 | 9.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753  CA C#9579 | |
| 2/23 | Int Fee 1416 02/22/22 89366046 | .72- |
| | ART NICK PARK BOUT MXN | |



Date  2/28/22         Page    4
Primary Account              9845

Commercial Checking              9845  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | BENITO JUAREZOO C# 9579 | |
| 2/24 | DBT CRD 1024 02/23/22 90982217 | 350.00- |
|      | NICKELODEON HOTEL USD | |
|      | SOLIDARIDAD Q MX C#9579 | |
| 2/25 | DBT CRD 1116 02/24/22 22049411 | 4.67- |
|      | ART NICK & R BOUT MXN | |
|      | BENITO JUAREZ MX C#9579 | |
| 2/25 | DBT CRD 2105 02/25/22 11178675 | 5.65- |
|      | Prime Video*1I67C2P10 | |
|      | 888-802-3080  WA C#9579 | |
| 2/25 | DBT CRD 1030 02/24/22 94241230 | 11.27- |
|      | ART NICK PLAYA MXN | |
|      | BENITO JUAREZ MX C#9579 | |
| 2/25 | DBT CRD 1504 02/24/22 58674119 | 17.43- |
|      | OPCIONALES XCARET | |
|      | SOLIDARIDAD Q MX C#9579 | |
| 2/25 | DBT CRD 1125 02/24/22 27042744 | 19.06- |
|      | ART NICK & R BOUT MXN | |
|      | BENITO JUAREZ MX C#9579 | |
| 2/25 | DBT CRD 0830 02/24/22 22329437 | 345.76- |
|      | Amazon.com*1I6UR9SJ1 | |
|      | Amzn.com/bill WA C#9579 | |
| 2/25 | DBT CRD 0935 02/24/22 61036907 | 734.91- |
|      | EXPERIENCIAS XCARET SR | |
|      | BENITO JUAREZ MX C#9579 | |
| 2/25 | Int Fee 1602 02/24/22 90982217 | 3.50- |
|      | NICKELODEON HOTEL USD | |
|      | | |
|      | SOLIDARIDAD QOO C# 9579 | |
| 2/28 | POS DEB 1622 02/25/22 16206282 | 19.99- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO    CA C#9579 | |
| 2/28 | DBT CRD 1720 02/25/22 40529982 | 6.05- |
|      | ART NICK & R BOUT MXN | |
|      | BENITO JUAREZ MX C#9579 | |
| 2/28 | DBT CRD 1311 02/25/22 90910469 | 10.00- |
|      | Amazon Tips*1B5HL3W82 | |
|      | Amzn.com/bill WA C#9579 | |

MEMBER FDIC                                                                        4



Commercial Checking                    9845  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/28 | DBT CRD 1127 02/26/22 28711666<br>ART NICK & R BOUT MXN<br>BENITO JUAREZ MX C#9579 | 10.24- |
| 2/28 | DBT CRD 1801 02/26/22 00795929<br>UBER    TRIP<br>HELP.UBER.COM CA C#9579 | 16.00- |
| 2/28 | DBT CRD 1735 02/24/22 49458142<br>TDAS XCARET<br>SOLIDARIDAD    MX C#9579 | 18.61- |
| 2/28 | DBT CRD 0913 02/25/22 47920122<br>ART NICK & R BOUT MXN<br>BENITO JUAREZ MX C#9579 | 23.44- |
| 2/28 | DBT CRD 1231 02/27/22 66762886<br>UBER    TRIP<br>HELP.UBER.COM CA C#9579 | 25.93- |
| 2/28 | DBT CRD 0303 02/27/22 25899533<br>UBER    TRIP<br>HELP.UBER.COM CA C#9579 | 37.78- |
| 2/28 | DBT CRD 1730 02/25/22 46027840<br>ART NICK & R BOUT MXN<br>BENITO JUAREZ MX C#9579 | 102.92- |
| 2/28 | Int Fee 1832 02/25/22 22049411<br>ART NICK & R BOUT MXN<br><br>BENITO JUAREZOO C# 9579 | .05- |
| 2/28 | Int Fee 1423 02/27/22 40529982<br>ART NICK & R BOUT MXN<br><br>BENITO JUAREZOO C# 9579 | .06- |
| 2/28 | Int Fee 1423 02/27/22 28711666<br>ART NICK & R BOUT MXN<br><br>BENITO JUAREZOO C# 9579 | .10- |
| 2/28 | Int Fee 1832 02/25/22 94241230<br>ART NICK PLAYA MXN<br><br>BENITO JUAREZOO C# 9579 | .11- |
| 2/28 | Int Fee 1832 02/25/22 58674119<br>OPCIONALES XCARET | .17- |

MEMBER FDIC



Commercial Checking                    9845   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/28 | SOLIDARIDAD QOO C# 9579<br>Int Fee 1832 02/25/22 27042744<br>ART NICK & R BOUT MXN | .19- |
| 2/28 | BENITO JUAREZOO C# 9579<br>Int Fee 1423 02/27/22 49458142<br>TDAS XCARET | .19- |
| 2/28 | SOLIDARIDAD  OO C# 9579<br>Int Fee 1423 02/27/22 47920122<br>ART NICK & R BOUT MXN | .23- |
| 2/28 | BENITO JUAREZOO C# 9579<br>Int Fee 1423 02/27/22 46027840<br>ART NICK & R BOUT MXN | 1.03- |
| 2/28 | BENITO JUAREZOO C# 9579<br>Int Fee 1832 02/25/22 61036907<br>EXPERIENCIAS XCARET SR | 7.35- |
| 2/28 | BENITO JUAREZOO C# 9579<br>POS DEB 0343 02/28/22 03845542<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO       CA C#9579 | 2.99- |

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 2/15 | 1013 | 150.00 | 2/15 | 1016 | 90.00 |
| 2/15 | 1014 | 100.00 | 2/14 | 1017 | 500.00 |
| 2/15 | 1015 | 250.00 | | | |

*Indicates Skip in Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 106,749.69 | 2/02 | 99,702.69 | 2/03 | 99,631.32 |

MEMBER FDIC



```
                                         Date  2/28/22          Page     7
                                         Primary Account               9845
```

Commercial Checking                    9845   (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/07 | 93,831.32 | 2/18 | 92,149.06 | 2/24 | 90,587.29 |
| 2/14 | 93,331.32 | 2/22 | 90,950.17 | 2/25 | 89,445.04 |
| 2/15 | 92,741.32 | 2/23 | 90,937.29 | 2/28 | 89,161.61 |

## *** END OF STATEMENT ***



PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
axosfiduciaryservices.com

```
Date  2/28/22          Page    1
Primary Account         9852
```

10339612

HARRY B GREENHOUSE
DEBTOR IN POSSESSION, CASE #21-12844-AJC
TAX ESCROW
2980 MCFARLANE RD
MIAMI FL 33133

| | | |
|---|---|---|
| Account Title: | HARRY B GREENHOUSE | |
| | DEBTOR IN POSSESSION, CASE #21-12844-AJC | |
| | TAX ESCROW | |

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 9852 | Statement Dates  2/01/22 thru  2/28/22 | |
| Previous Balance | 1,129,466.57 | Days in the statement period | 28 |
| 3 Deposits/Credits | 95,634.40 | Avg Daily Ledger | 1,132,882.08 |
| Checks/Debits | .00 | Avg Daily Collected | 1,132,882.08 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,225,100.97 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/28 | From DDA *9860,To DDA *9852 | 3,132.17 |
| 2/28 | From DDA *9860,To DDA *9852 | 8,399.23 |
| 2/28 | From DDA *9860,To DDA *9852,1c | 84,103.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 2/01 | 1,129,466.57 | 2/28 | 1,225,100.97 |

## *** END OF STATEMENT ***



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date  2/28/22          Page    1
Primary Account         9860

10339613

HARRY B GREENHOUSE
DEBTOR IN POSSESSION, CASE #21-12844-AJC
OPERATING
2980 MCFARLANE RD
MIAMI FL 33133

Account Title:          HARRY B GREENHOUSE
                        DEBTOR IN POSSESSION, CASE #21-12844-AJC
                        OPERATING

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 9860 | Statement Dates  2/01/22 thru  2/28/22 | |
| Previous Balance | 40,927.57 | Days in the statement period | 28 |
| 4 Deposits/Credits | 260,072.09 | Avg Daily Ledger | 225,754.49 |
| 105 Checks/Debits | 102,119.35 | Avg Daily Collected | 222,199.20 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 198,880.31 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/04 | INCOMING INTERNATIONAL WIRE | 1,527.71 |
| 2/07 | Wire Transfer Credit | 227,308.00 |
| | 1CONFIRMATION FUND LP | |
| | 459 HAMILTON AVE STE 306 | |
| | PALO ALTO CA 94301-1811 | |
| | 1CONFIRMATION FUND, LP DISTRIB | |
| | #3 | |
| | 20220207MMQFMPUR002787 | |
| | 20220207MMQFMP9N000392 | |
| | 02071756FT01 | |
| 2/14 | MyDeposit | 8,465.75 |
| 2/18 | MyDeposit | 22,770.63 |



Commercial Checking                    9860   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | POS DEB 1526 01/31/22 85212644<br>VAPE & SMOKE SHOP<br>467 S. DIXIE HWY<br>CORAL GABLES  FL C#7819 | 54.75- |
| 2/01 | DBT CRD 0940 02/01/22 64495132<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.75- |
| 2/01 | DBT CRD 1559 01/31/22 91697221<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.81- |
| 2/01 | DBT CRD 2009 02/01/22 77926768<br>AMZN Mktp US*Y15IM8ZB3<br>Amzn.com/bill WA C#7819 | 16.66- |
| 2/01 | DBT CRD 2316 01/31/22 89689708<br>AMZN Mktp US*5T15U9EM3<br>Amzn.com/bill WA C#7819 | 59.05- |
| 2/02 | DBT CRD 0901 02/02/22 40655459<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.78- |
| 2/02 | DBT CRD 1735 02/01/22 49111428<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 8.19- |
| 2/02 | DBT CRD 1314 02/02/22 92461941<br>Amazon.com*872A54HF3<br>Amzn.com/bill WA C#7819 | 13.88- |
| 2/02 | DBT CRD 1725 02/01/22 43322154<br>COCONUT GROVE PHARMACY<br>MIAMI        FL C#7819 | 33.55- |
| 2/02 | FLBLUE ACA IU65 Premium & B<br>CCD 091000011303582<br>BLUE CROSS BLUE SHIELD | 2,069.49- |
| 2/02 | DBT CRD 0047 02/02/22 44236378<br>Roku for Hulu LLC<br>816-2728107   DE C#7819 | 73.54- |
| 2/03 | DBT CRD 1737 02/02/22 50272206<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 6.51- |
| 2/03 | DBT CRD 2002 02/02/22 73790918<br>UBER    TRIP | 7.13- |



Commercial  Checking                9860   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | HELP.UBER.COM CA C#7819 | |
| 2/03 | DBT CRD 1339 02/01/22 07993699 | 7.17- |
| | STARBUCKS STORE 11784 | |
| | CORAL GABLES  FL C#7819 | |
| 2/03 | DBT CRD 1702 02/02/22 29794532 | 7.77- |
| | UBER   TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/03 | DBT CRD 2340 02/02/22 04312071 | 15.26- |
| | AMZN Mktp US*7L7ZY6L13 | |
| | Amzn.com/bill WA C#7819 | |
| 2/03 | DBT CRD 0827 02/02/22 20447036 | 20.31- |
| | AMZN Mktp US*N77RP1PM3 | |
| | Amzn.com/bill WA C#7819 | |
| 2/03 | DBT CRD 0827 02/02/22 20326368 | 48.12- |
| | AMZN Mktp US*U93TF6Y93 | |
| | Amzn.com/bill WA C#7819 | |
| 2/03 | DBT CRD 2150 02/02/22 38170368 | 54.06- |
| | AMZN MKTP US*8470712G3 | |
| | AMZN.COM/BILL WA C#7819 | |
| 2/03 | DBT CRD 2113 02/01/22 16313932 | 69.76- |
| | TST* Farinelli 1937 | |
| | Miami      FL C#7819 | |
| 2/03 | DBT CRD 1050 02/02/22 06010950 | 135.87- |
| | AMZN Mktp US*6FOHX8ZD3 | |
| | Amzn.com/bill WA C#7819 | |
| 2/03 | DBT CRD 1458 02/02/22 55296013 | 11.30- |
| | Spotify USA | |
| | 877-7781161    NY C#7819 | |
| 2/04 | DBT CRD 1024 02/02/22 90566837 | 4.23- |
| | STARBUCKS STORE 11784 | |
| | CORAL GABLES  FL C#7819 | |
| 2/04 | DBT CRD 1546 02/03/22 83819819 | 8.31- |
| | UBER   TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/04 | DBT CRD 0709 02/04/22 73607916 | 8.38- |
| | UBER   TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/04 | DBT CRD 0226 02/03/22 03863395 | 12.83- |
| | AMZN Mktp US*TJ6LQ3BC3 | |
| | Amzn.com/bill WA C#7819 | |

MEMBER FDIC



Commercial  Checking                    9860    (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/04 | DBT CRD 0952 02/03/22 71680945<br>AMZN Mktp US*MB08736E3<br>Amzn.com/bill WA C#7819 | 21.39- |
| 2/04 | DBT CRD 1709 02/03/22 33579014<br>UBER    EATS<br>HELP.UBER.COM CA C#7819 | 40.52- |
| 2/04 | DBT CRD 2140 02/03/22 32527158<br>AMZN Mktp US*JF1UP9KC3<br>Amzn.com/bill WA C#7819 | 93.01- |
| 2/07 | DBT CRD 0319 02/06/22 35454831<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 6.25- |
| 2/07 | DBT CRD 1536 02/04/22 77657550<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.82- |
| 2/07 | DBT CRD 1014 02/05/22 84622437<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.99- |
| 2/07 | DBT CRD 1336 02/06/22 05923675<br>GOOGLE*YOUTUBEPREMIUM<br>SUPPORT.GOOGL CA C#7819 | 12.98- |
| 2/07 | DBT CRD 1836 02/06/22 22184699<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 16.13- |
| 2/07 | DBT CRD 1729 02/06/22 45977803<br>LYFT    *1 RIDE 02-04<br>lyft.com      CA C#7819 | 22.30- |
| 2/07 | DBT CRD 1948 02/05/22 65221271<br>UBER    EATS<br>HELP.UBER.COM CA C#7819 | 31.81- |
| 2/07 | DBT CRD 1944 02/05/22 62801955<br>DOMINO S 5191<br>734-930-3030  FL C#7819 | 33.42- |
| 2/07 | DBT CRD 0324 02/06/22 38624579<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 34.49- |
| 2/07 | DBT CRD 1944 02/05/22 62832097<br>AMZN Mktp US*654W42X83<br>Amzn.com/bill WA C#7819 | 39.58- |
| 2/07 | DBT CRD 1920 02/04/22 48166370<br>AMZN Mktp US*NE8J63TX3 | 42.79- |



Commercial Checking              9860   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | Amzn.com/bill WA C#7819 | |
| 2/07 | DBT CRD 0205 02/04/22 91110902 | 99.00- |
|      | REFIT ACADEMY | |
|      | 917-2920143   FL C#7819 | |
| 2/07 | DBT CRD 2209 02/06/22 49455922 | 114.20- |
|      | AMZN MKTP US*6Y6QC2063 | |
|      | AMZN.COM/BILL WA C#7819 | |
| 2/07 | DBT CRD 1032 02/04/22 95352928 | 685.00- |
|      | PAYPAL *SAMI RAKASKE | |
|      | 402-935-7733  CA C#7819 | |
| 2/07 | 8774845967 CIGNA 877-484-59 | 138.00- |
|      | TEL 091000010030503 | |
| 2/07 | DBT CRD 0720 02/05/22 80437581 | 250.00- |
|      | TMOBILE*POSTPAID PDA | |
|      | 800-937-8997  WA C#7819 | |
| 2/07 | DBT CRD 0722 02/05/22 81545188 | 327.00- |
|      | TMOBILE*POSTPAID PDA | |
|      | 800-937-8997  WA C#7819 | |
| 2/08 | DBT CRD 0714 02/08/22 76672723 | 8.88- |
|      | UBER    TRIP | |
|      | HELP.UBER.COM CA C#7819 | |
| 2/08 | DBT CRD 1542 02/07/22 81675896 | 97.21- |
|      | DOORDASH*NORTH ITALIA | |
|      | WWW.DOORDASH. CA C#7819 | |
| 2/09 | POS DEB 1910 02/08/22 19004460 | 6.99- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO    CA C#7819 | |
| 2/09 | POS DEB 1701 02/08/22 17095865 | 9.98- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO    CA C#7819 | |
| 2/09 | POS DEB 1702 02/08/22 17102673 | 9.98- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO    CA C#7819 | |
| 2/09 | POS DEB 1702 02/08/22 17107657 | 9.98- |
|      | APPLE COM BILL | |
|      | APPLE COM BILL | |
|      | CUPERTINO    CA C#7819 | |



Commercial Checking          9860  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/09 | DBT CRD 1621 02/07/22 05019478 STARBUCKS STORE 11784 CORAL GABLES FL C#7819 | 4.23- |
| 2/09 | DBT CRD 1010 02/09/22 82259269 UBER   TRIP HELP.UBER.COM CA C#7819 | 7.80- |
| 2/09 | DBT CRD 1647 02/08/22 20366580 Amazon Digit*MC1CH5BO3 amzn.com/bill WA C#7819 | 10.99- |
| 2/09 | DBT CRD 1725 02/09/22 43497979 LYFT   1 RIDE 02-07 855-865-9553  CA C#7819 | 14.61- |
| 2/09 | DBT CRD 1415 02/08/22 29112396 Prime Video*6Q2E3ONM3 888-802-3080  WA C#7819 | 16.96- |
| 2/10 | DBT CRD 1026 02/08/22 92056810 STARBUCKS STORE 11784 CORAL GABLES FL C#7819 | 4.23- |
| 2/10 | DBT CRD 0751 02/09/22 99091063 Prime Video*L92JW6OL3 888-802-3080  WA C#7819 | 4.99- |
| 2/10 | DBT CRD 1732 02/10/22 47227937 LYFT   *1 RIDE 02-08 lyft.com      CA C#7819 | 22.60- |
| 2/10 | DBT CRD 1001 02/10/22 77053523 UBER   EATS HELP.UBER.COM CA C#7819 | 52.52- |
| 2/11 | DBT CRD 1041 02/11/22 01065397 UBER   TRIP HELP.UBER.COM CA C#7819 | 9.11- |
| 2/11 | DBT CRD 1112 02/10/22 19763045 AMZN Mktp US*RZ31M6SB3 Amzn.com/bill WA C#7819 | 104.77- |
| 2/11 | DBT CRD 1755 02/11/22 61282778 AMERICAN AIR0012404854 FORT WORTH  TX C#7819 | 268.67- |
| 2/14 | POS DEB 1703 02/12/22 17292706 APPLE COM BILL APPLE COM BILL CUPERTINO    CA C#7819 | 19.96- |



Commercial Checking                    9860   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/14 | DBT CRD 2110 02/11/22 14414420<br>AMZN Mktp US*R97Y75ES3<br>Amzn.com/bill WA C#7819 | 6.41- |
| 2/14 | DBT CRD 1615 02/13/22 01571125<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 6.51- |
| 2/14 | DBT CRD 1713 02/13/22 36022469<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 6.51- |
| 2/14 | DBT CRD 0853 02/12/22 35834186<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 7.63- |
| 2/14 | DBT CRD 1104 02/10/22 14562943<br>STARBUCKS STORE 11784<br>CORAL GABLES  FL C#7819 | 8.73- |
| 2/14 | DBT CRD 1805 02/13/22 03187693<br>LYFT   *1 RIDE 02-11<br>LYFT.COM      CA C#7819 | 14.62- |
| 2/14 | DBT CRD 1526 02/12/22 71864119<br>LYFT   *1 RIDE 02-10<br>lyft.com      CA C#7819 | 15.06- |
| 2/14 | DBT CRD 2219 02/13/22 55750124<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 25.96- |
| 2/14 | DBT CRD 1617 02/13/22 02695242<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 31.87- |
| 2/14 | DBT CRD 0428 02/13/22 77014572<br>UBER    TRIP<br>HELP.UBER.COM CA C#7819 | 36.18- |
| 2/14 | DBT CRD 1748 02/11/22 56853930<br>AMZN Mktp US*979F68MO3<br>Amzn.com/bill WA C#7819 | 36.36- |
| 2/14 | DBT CRD 1702 02/11/22 29662244<br>UBER    EATS<br>HELP.UBER.COM CA C#7819 | 39.66- |
| 2/14 | DBT CRD 0852 02/13/22 35760753<br>UBER* EATS<br>HTTPSWWW.UBER CA C#7819 | 39.67- |
| 2/14 | DBT CRD 0911 02/14/22 46660558<br>UBER    EATS | 47.05- |



Date  2/28/22          Page    8
Primary Account              9860

Commercial Checking                    9860  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | HELP.UBER.COM CA C#7819 | |
| 2/14 | DBT CRD 1712 02/13/22 35460655 | 96.02- |
| | TST* KAO CORAL GABLES | |
| | CORAL GABLES  FL C#7819 | |
| 2/15 | Account Analysis Charge | 50.00- |
| 2/15 | DBT CRD 1706 02/14/22 31691186 | 5.42- |
| | FEDEX OFFIC22700022772 | |
| | COCONUT GROVE FL C#7819 | |
| 2/15 | DBT CRD 1712 02/14/22 35766812 | 7.48- |
| | FEDEX OFFIC22700022772 | |
| | COCONUT GROVE FL C#7819 | |
| 2/15 | DBT CRD 0927 02/15/22 56711533 | 7.94- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/15 | DBT CRD 0625 02/14/22 47508716 | 10.65- |
| | AMZN Mktp US*QG9VFOCT3 | |
| | Amzn.com/bill WA C#7819 | |
| 2/15 | DBT CRD 1903 02/14/22 38226901 | 17.11- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/15 | DBT CRD 1733 02/14/22 48113333 | 18.23- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/15 | DBT CRD 0628 02/14/22 49384028 | 25.66- |
| | AMAZON.COM*7L3DH59K3 A | |
| | AMZN.COM/BILL WA C#7819 | |
| 2/15 | DBT CRD 1458 02/15/22 55112834 | 62.02- |
| | AMZN Mktp US*095E680T3 | |
| | Amzn.com/bill WA C#7819 | |
| 2/15 | DBT CRD 2125 02/14/22 23143411 | 82.37- |
| | AMZN Mktp US*RA7X63ZE3 | |
| | Amzn.com/bill WA C#7819 | |
| 2/15 | DBT CRD 0905 02/14/22 43583969 | 7.99- |
| | Roku for Disney Electr | |
| | 816-2728107    DE C#7819 | |
| 2/16 | DBT CRD 0923 02/16/22 54210808 | 6.09- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/16 | DBT CRD 1003 02/16/22 78360827 | 7.70- |
| | UBER    TRIP | |



Date  2/28/22          Page      9
Primary Account            9860

Commercial Checking            9860    (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | HELP.UBER.COM CA C#7819 | |
| 2/16 | DBT CRD 1633 02/15/22 12184408 | 20.99- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#7819 | |
| 2/16 | DBT CRD 1752 02/14/22 59678290 | 91.00- |
| | TST* Farinelli 1937 | |
| | Miami        FL C#7819 | |
| 2/17 | DBT CRD 1629 02/17/22 09860905 | 14.89- |
| | LYFT    1 RIDE 02-15 | |
| | 855-865-9553   CA C#7819 | |
| 2/17 | DBT CRD 1654 02/16/22 24832026 | 39.97- |
| | UBER    EATS | |
| | HELP.UBER.COM CA C#7819 | |
| 2/22 | DBT CRD 2254 02/19/22 76832620 | 9.74- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#9603 | |
| 2/22 | DBT CRD 1022 02/20/22 89690487 | 30.20- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#9603 | |
| 2/22 | DBT CRD 0801 02/20/22 04946284 | 48.77- |
| | UBER    EATS | |
| | HELP.UBER.COM CA C#9603 | |
| 2/28 | DBT CRD 1554 02/27/22 88911776 | 6.25- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#9603 | |
| 2/28 | DBT CRD 1604 02/27/22 94460781 | 18.64- |
| | UBER    TRIP | |
| | HELP.UBER.COM CA C#9603 | |
| 2/28 | From DDA *9860,To DDA *9852 | 3,132.17- |
| 2/28 | From DDA *9860,To DDA *9852 | 8,399.23- |
| 2/28 | From DDA *9860,To DDA *9852,1c | 84,103.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 40,781.55 | 2/08 | 264,864.05 | 2/15 | 272,038.32 |
| 2/02 | 38,575.12 | 2/09 | 264,772.53 | 2/16 | 271,912.54 |
| 2/03 | 38,191.86 | 2/10 | 264,688.19 | 2/17 | 271,857.68 |
| 2/04 | 39,530.90 | 2/11 | 264,305.64 | 2/18 | 294,628.31 |
| 2/07 | 264,970.14 | 2/14 | 272,333.19 | 2/22 | 294,539.60 |

MEMBER FDIC



Date  2/28/22              Page    10
Primary Account                 9860

Commercial Checking                    9860   (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance |
|------|---------|
| 2/28 | 198,880.31 |

## *** END OF STATEMENT ***