

**ORDERED in the Southern District of Florida on March 7, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

HARRY B. GREENHOUSE,

    Debtor.                                    /

Case No.: 21-12844-RAM

Chapter 11

### ORDER DENYING POLYCHAIN'S MOTION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES [ECF #633]

THIS CAUSE having come before the Court on *Polychain's Motion for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtor's Chapter 11 Case for the Period of April 2, 2021 through February 24, 2023* [ECF #633] (the "Motion") and the Debtor's objection thereto [ECF #636], for the reasons stated on the record in the Court's bench ruling on March 2, 2023, which are incorporated herein by reference, it is hereby **ORDERED** as follows:

1. The Motion is **DENIED**.

2. The Court retains jurisdiction to enforce and interpret this Order.

###

**Submitted by:**
By: */s/ Nicole Grimal Helmstetter*
Nicole Grimal Helmstetter, Esq.
Florida Bar No. 86937
**BUCHANAN INGERSOLL & ROONEY PC**
Two South Biscayne Boulevard
One Biscayne Tower, Suite 1500
Miami, FL 33131-1822
Telephone: (305) 347-4080
Facsimile: (305) 347-4089
Nicole.Helmstetter@bipc.com
*Counsel for Debtor in Possession*


Order Copy to: Nicole Grimal Helmstetter, Esq., who is directed to serve a conforming copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.