

**ORDERED in the Southern District of Florida on March 10, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                  Case No. 21-12844-RAM

Harry Beck Greenhouse,                                        Chapter 11

      Debtor.

_____/

**ORDER GRANTING OLIVIA SAMPAIO GREENHOUSE'S *ORE TENUS* MOTION FOR APPROVAL OF PAYMENT/DISBURSEMENT OF HALF OF THE NET AMOUNT OF THE <u>IRS TAX REFUND CHECK UPON RECEIPT</u>**

This matter came before the Court on March 8, 2023 at 11:30 a.m. upon Olivia Sampaio Greenhouse's ("Ms. Sampaio") *Ore Tenus Motion for Approval of Payment/Disbursement of Half of the Net Amount of the IRS Tax Refund Check Upon Receipt* (the "*Ore Tenus* Motion"), which was presented at the status conference [ECF # 656]. Noting the Court's previous *Order Granting, In Part, Motion for Early Payment and Setting Deadline for Claim Objection* (the "Payment Order") [ECF # 466], which ruled that Ms. Olivia Sampaio Greenhouse is entitled to half of the net tax refund (*see* ¶5, the Payment Order), and further

noting Creditor Polychain's consent to the relief sought, and for the reasons stated on the record, the Court finds good cause to grant the requested relief.

Accordingly, the Court Orders as follows:

1.      Ms. Sampaio's *Ore Tenus* Motion is **GRANTED**.

2.      Within seven (7) business days of receipt of the IRS tax refund check, the Debtor is directed to disburse half of the deposited amount received to Ms. Sampaio, or alternatively, in the event the check is received by Ms. Sampaio, she is directed to deposit it and disburse the Debtor's half interest in the check to the Debtor's estate. In the event the Debtor or Ms. Sampaio are not able to deposit the check into their individual accounts due to the check being made to both parties as payees, Debtor and Ms. Sampaio are directed and authorized to open a joint checking account (that must be in compliance with US Trustee guidelines) for the sole and limited purpose of depositing the check, and making the disbursement described herein to each party, upon which the account shall be promptly closed.  The account will be reported on the applicable monthly operating report until such time as the account is closed. Any transfer of the Debtor's interest in the funds must transferred to existing debtor-in-possession accounts.

###

Submitted by:

Ido Alexander
AlignX Law
12555 Orange Drive, Suite 4159
Davie, FL 33330
Telephone (954) 686-7399
E-mail: ija@lsaslaw.com

Copies furnished to:

Ido J. Alexander, Esq.

Attorney Alexander is directed to serve copies of this order on all interested parties and to file a certificate of service.