

**ORDERED in the Southern District of Florida on July 11, 2023.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | CASE NO. 21-12844-RAM |
| | CHAPTER 11 |
| HARRY BECK GREENHOUSE, | |
| Debtor. | |

**ORDER DENYING CONFIRMATION OF THIRD AMENDED PLAN
AND PROVISIONALLY CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

The Court conducted a hearing on July 10, 2023 to consider confirmation of the Third Amended Chapter 11 Subchapter V Plan of Reorganization [DE #728] as amended by the First Amendment to Third Amended Chapter 11 Subchapter V Plan of Reorganization [DE #745] (together, the "Plan") proposed by Harry B. Greenhouse (the "Debtor"). In connection therewith, the Court considered the objections to confirmation filed by Polychain Partners, LLC and

1

Polychain Fund I LP (together, "Polychain"), the Subchapter V Trustee, and Agentis PLLC at DE ##734, 735 and 736, respectively. At the July 10th hearing, the Court also considered Polychain's Motion to Convert Chapter 11 Bankruptcy Case to a Case Under Chapter 7 of the Bankruptcy Code or in the Alternative Dismiss Chapter 11 Bankruptcy Case [DE #596] (the "Motion to Convert").  Based upon the findings and conclusions announced on the record at the conclusion of the hearing, which are incorporated here in full, the Court ORDERS as follows:

    1.   Confirmation of the Plan is DENIED.

    2.   The Motion to Convert is GRANTED as provided herein.

    3.   The Court will enter a separate Order Converting Case Under Chapter 11 to Case Under Chapter 7 in substantially the form posted on the Court's website as LF-9 (the "Conversion Order") following fourteen (14) days after entry of this Order on the docket unless the Debtor files within said 14-day period a motion to reconsider this Order.  If the Debtor files timely a motion to reconsider, the Debtor must attach as an exhibit to the motion to reconsider a proposed fourth amended plan of reorganization and an updated liquidation analysis and projected disposable income analysis.  Upon the filing of the motion to reconsider and proposed fourth amended plan with updated exhibits, the Debtor must also file separately a notice of redline copy of the proposed fourth amended plan to highlight the changes from the Debtor's third amended plan.

4. The Court will review any timely filed motion to reconsider. If the Court determines that the motion and Fourth Amended Plan do not provide cause for reconsideration of this Order, the motion to reconsider will be denied without a hearing and the Court will enter the Conversion Order.

5. If the Court finds that the motion to reconsider should be set for hearing, the Court will enter a scheduling order setting a hearing and setting an objection deadline, and the Court will not enter the Conversion Order unless and until the Court enters an order denying the motion to reconsider.

6. If the Debtor or Olivia Sampaio Greenhouse ("Ms. Sampaio") obtain possession of the 2017 IRS tax refund check prior to the entry of a Conversion Order, then the Debtor and/or Ms. Sampaio, as applicable, shall comply with the terms of the Court's *Order Granting Olivia Sampaio Greenhouse's Ore Tenus Motion for Approval of Payment / Disbursement of Half of the Net Amount of the IRS Tax Refund Check Upon Receipt* [DE #659] (the "Order Directing Disbursement"). If the Debtor or Ms. Sampaio obtain possession of the 2017 IRS tax refund check following the entry of a Conversion Order and appointment of a chapter 7 trustee, then the Debtor or Ms. Sampaio, as applicable, shall turnover said tax refund check to the chapter 7 trustee who is then directed to comply with the Order Directing Disbursement.

###

Copy to:

Nicole Grimal Helmstetter, Esq.

*Nicole Grimal Helmstetter, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service.*